UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL; and NANCY LANDRY, Louisiana Secretary of State,<br><br>          PLAINTIFFS,<br><br>v.<br><br>THE UNITED STATES ELECTION ASSISTANCE COMMISSION; and BRIANNA SCHLETZ, in her official capacity as the Executive Director of the United States Election Assistance Commission,<br><br>          DEFENDANTS. | Civ. No. _____ |

**EXHIBIT INDEX FOR EXHIBITS TO THE COMPLAINT**

| Exhibit | Description |
|---|---|
| 1 | Federal Form |
| 2 | Senate Bill 436. Act No. 500, 2024 Reg. Sess. (La. 2024) |
| 3 | Letter from J. Bollinger to B. Schletz incl. Declarations (Jan. 30, 2025) |
| 4 | Letter from J. Bollinger to B. Schletz (Feb. 24, 2025) |
| 5 | Letter from J. Bollinger to B. Schletz (May 16, 2025) |
| 6 | Letter from C. Newsome to B. Schletz incl. Declarations (June 25, 2025) |
| 7 | Original EAC Decision Letter |
| 8 | Letter from J. Bollinger to B. Schletz (Sept. 26, 2025) |
| 9 | Letter from J. Bollinger to B. Schletz (Nov. 10, 2025) |
| 10 | Letter from J. Bollinger to B. Schletz (Nov. 20, 2025) |
| 11 | Final EAC Decision Letter |