# Exhibit 1

# Register To Vote In Your State By Using This Postcard Form and Guide



# For U.S. Citizens

OMB Control No. 3265-0015

# General Instructions

## Who Can Use this Application

If you are a U.S. citizen who lives or has an address within the United States, you can use the application in this booklet to:

- Register to vote in your State,
- Report a change of name to your voter registration office,
- Report a change of address to your voter registration office, or
- Register with a political party.

## Exceptions

Please do not use this application if you live outside the United States and its territories and have no home (legal) address in this country, *or* if you are in the military stationed away from home. Use the Federal Postcard Application available to you from military bases, American embassies, or consular offices.

**New Hampshire** town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form.
**North Dakota** does not have voter registration.
**Wisconsin** municipal clerks will accept this application only as a request for their own absentee voter mail-in registration form or for the purposes of the clerk directing that voter to the state's online voter registration system at https://myvote.wi.gov/en-us/.
**Wyoming** law does not permit mail registration.

## How to Find Out If You Are Eligible to Register to Vote in Your State

Each State has its own laws about who may register and vote. Check the information under your State in the State Instructions. All States require that you be a United States citizen by birth or naturalization to register to vote in federal and State elections. Federal law makes it illegal to falsely claim U.S. citizenship to register to vote in any federal, State, or local election. You cannot be registered to vote in more than one place at a time.

## How to Fill Out this Application

Use both the Application Instructions and State Instructions to guide you in filling out the application.

- First, read the Application Instructions. These instructions will give you important information that applies to everyone using this application.
- Next, find your State under the State Instructions. Use these instructions to fill out Boxes 6, 7, and refer to these instructions for information about voter eligibility and any oath required for Box 9.

## When to Register to Vote

Each State has its own deadline for registering to vote. Check the deadline for your State on the last page of this booklet.

## How to Submit Your Application

Mail your application to the address listed under your State in the State Instructions. Or, deliver the application in person to your local voter registration office. The States that are required to accept the national form will accept copies of the application printed from the computer image on regular paper stock, signed by the applicant, and mailed in an envelope with the correct postage.

## First Time Voters Who Register by Mail

If you are registering to vote for the first time in your jurisdiction and are mailing this registration application, Federal law requires you to show proof of identification the first time you vote. Proof of identification includes:

- A current and valid photo identification or
- A current utility bill, bank statement, government check, paycheck or government document that shows your name and address.

Voters may be exempt from this requirement if they submit a **COPY** of this identification with their mail in voter registration form. If you wish to submit a COPY, please keep the following in mind:

- Your state may have additional identification requirements which may mandate you show identification at the polling place even if you meet the Federal proof of identification.
- Do not submit original documents with this application, only **COPIES**.

---

### If You Were Given this Application in a State Agency or Public Office

If you have been given this application in a State agency or public office, it is your choice to use the application. If you decide to use this application to register to vote, you can fill it out and leave it with the State agency or public office. The application will be submitted for you. Or, you can take it with you to mail to the address listed under your State in the State Instructions. You also may take it with you to deliver in person to your local voter registration office.

Note: The name and location of the State agency or public office where you received the application will remain confidential. It will not appear on your application. Also, if you decide not to use this application to register to vote, that decision will remain confidential. It will not affect the service you receive from the agency or office.

---

OMB Control No. 3265-0015

1

# Application Instructions

Before filling out the body of the form, please answer the questions on the top of the form as to whether you are a United States citizen and whether you will be 18 years old on or before Election Day. If you answer no to either of these questions, you may not use this form to register to vote. However, state specific instructions may provide additional information on eligibility to register to vote prior to age 18.

## Box 1 — Name
Put in this box your full name in this order — Last, First, Middle. Do not use nicknames or initials.
*Note:* If this application is for a change of name, please tell us in **Box A** *(on the bottom half of the form)* your full name before you changed it.

## Box 2 — Home Address
Put in this box your home address (legal address). Do **not** put your mailing address here if it is different from your home address. Do **not** use a post office box or rural route without a box number. Refer to state-specific instructions for rules regarding use of route numbers.

*Note:* If you were registered before but this is the first time you are registering from the address in Box 2, please tell us in **Box B** *(on the bottom half of the form)* the address where you were registered before. Please give us as much of the address as you can remember.

*Also Note:* If you live in a rural area but do not have a street address, or if you have no address, please show where you live using the map in Box C *(at the bottom of the form).*

## Box 3 — Mailing Address
If you get your mail at an address that is different from the address in Box 2, put your mailing address in this box. If you have no address in Box 2, you **must** write in Box 3 an address where you can be reached by mail.

## Box 4 — Date of Birth
Put in this box your date of birth in this order — Month, Day, Year. *Be careful not to use today's date!*

## Box 5 — Telephone Number
Most States ask for your telephone number in case there are questions about your application. However, you do not have to fill in this box.

## Box 6 — ID Number
Federal law requires that states collect from each registrant an identification number. You must refer to your state's specific instructions for item 6 regarding information on what number is acceptable for your state. If you have neither a drivers license nor a social security number, please indicate this on the form and a number will be assigned to you by your state.

## Box 7 — Choice of Party
In some States, you must register with a party if you want to take part in that party's primary election, caucus, or convention. To find out if your State requires this, see item 7 in the instructions under your State.

If you want to register with a party, print in the box the full name of the party of your choice.

If you do not want to register with a party, write "no party" or leave the box blank. Do not write in the word "independent" if you mean "no party," because this might be confused with the name of a political party in your State.
*Note:* If you do not register with a party, you can still vote in general elections and nonpartisan (nonparty) primary elections.

## Box 8 — Race or Ethnic Group
A few States ask for your race or ethnic group, in order to administer the Federal Voting Rights Act. To find out if your State asks for this information, see item 8 in the instructions under your State. If so, put in Box 8 the choice that best describes you from the list below:
- American Indian *or* Alaskan Native
- Asian or Pacific Islander
- Black, *not* of Hispanic Origin
- Hispanic
- Multi-racial
- White, *not* of Hispanic Origin
- Other

## Box 9 — Signature
Review the information in item 9 in the instructions under your State. Before you sign or make your mark, make sure that:

(1) You meet your State's requirements, and
(2) You understand **all** of Box 9.

Finally, sign your **full** name or make your mark, and print today's date in this order — Month, Day, Year. If the applicant is unable to sign, put in **Box D** the name, address, and telephone number (optional) of the person who helped the applicant.

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | |
|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No <br> Will you be 18 years old on or before election day? ☐ Yes ☐ No <br> **If you checked "No" in response to either of these questions, do not complete form.** <br> (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth — Month Day Year | **5** Telephone Number (optional) | **6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State) | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined , imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: ___ / ___ / ___ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●

X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

**FIRST CLASS STAMP NECESSARY FOR MAILING**



OMB Control No. 3265-0015

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| | | |
|---|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | This space for office use only. |

**1** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

**2** Home Address | Apt. or Lot # | City/Town | State | Zip Code

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth _____ / _____ / _____ Month Day Year

**5** Telephone Number (optional)

**6** ID Number - (See item 6 in the instructions for your state)

**7** Choice of Party (see item 7 in the instructions for your State)

**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined , imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: _____ / _____ / _____ Month Day Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

**A** ☐ Mr. ☐ Miss ☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ Sr ☐ II ☐ III ☐ IV

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store

Woodchuck Road

Public School ●

X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

**FIRST CLASS
STAMP
NECESSARY
FOR
MAILING**



OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service*
®

OMB Control No. 3265-0015

# State Instructions

## Alabama

Updated: 08-08-2024

Registration Deadline — Voter registration is closed during the fourteen days preceding an election. Applications must be post-marked or delivered by the fifteenth day prior to the election.

6. ID Number. Alabama driver's license number or Alabama nondriver identification card number. If you do not have an Alabama driver's license or nondriver identification card, you must provide the last 4 digits of your Social Security number.

7. Choice of Party. Do not complete this field. Alabama voters do not register by political party affiliation.

8. Race or Ethnic Group. You are required to fill in this box; however, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in Alabama you must:

- be a citizen of the United States
- be a resident of Alabama and your county at the time of registration
- be 18 years old before any election
- not have been convicted of a felony involving moral turpitude (or have had your civil and political rights restored). The list of moral turpitude felonies is available on the Secretary of State web site at: www.sos.alabama.gov/mtfelonies

- not currently be declared mentally incompetent through a competency hearing
- swear or affirm to "support and defend the Constitution of the U.S. and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the U.S. or the State of Alabama by unlawful means and that the information contained herein is true, so help me God"

Mailing address:
Office of the Secretary of State
P.O. Box 5616
Montgomery, AL 36103-5616

## Alaska

Updated: 03-01-2006

Registration Deadline — 30 days before the election.

6. ID Number. You must provide one of the following identification numbers; Alaska Driver's License or Alaska State Identification Card Number. If you do not have an Alaska Driver's License or Alaska State Identification Card, you must provide the last four digits of your Social Security Number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes. This information is kept confidential. Having this information assists in maintaining your voter record and may assist in verifying your identity (Title 15 of the Alaska Statutes).

7. Choice of Party. You do not have to declare a party affiliation when registering to vote. If you do not choose a party, you will be registered as Undeclared. Alaska has a closed primary election system. Each recognized political party has a separate ballot listing only candidates from that political party. Voters registered as a member of a political party may only vote that party's ballot. Voters registered as undeclared or non-partisan may choose one ballot from the ballots available.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Alaska you must:

- be a citizen of the United States
- be at least 18 years old within 90 days of completing this registration
- be a resident of Alaska
- not be a convicted felon (unless unconditionally discharged)
- not be registered to vote in another State

Mailing address:
Division of Elections  State of Alaska  PO Box 110017
Juneau, AK 99811-0017

## Arizona

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6. ID Number. Your completed voter registration form must contain the number of your Arizona driver license, or non-operating identification license issued pursuant to A.R.S. § 28-3165, if the license is current and valid. If you *do not have* a current and valid Arizona driver license or non-operating identification license, you must

# State Instructions

include the last four digits of your social security number if one has been issued to you. If you do not have a current and valid driver license or non-operating identification license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the Secretary of State.

7. Choice of Party. If you are registered in a political party which has qualified for ballot recognition, you will be permitted to vote the primary election ballot for that party. If you are registered as an independent, no party preference or as a member of a party which is not qualified for ballot recognition, you may select and vote one primary election ballot for one of the recognized political parties.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Arizona you must:
• be a citizen of the United States
• be a resident of Arizona and your county at least 29 days preceding the next election
• be 18 years old on or before the next general election
• not have been convicted of treason or a felony (or have had your civil rights restored)
• not currently be declared an incapacitated person by a court of law

Mailing address:
    Secretary of State/Elections
    1700 W. Washington, 7th Floor
    Phoenix, AZ 85007-2888

| Arkansas |
|---|

Updated: 03-01-2006

Registration Deadline — 30 days before the election.

6. ID Number. Your completed voter registration form must contain your state issued driver's license number or nonoperating identification number. If you do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

7. Choice of Party. Optional. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Arkansas you must:
• be a citizen of the United States
• live in Arkansas at the address in Box 2 on the application
• be at least 18 years old before the next election
• not be a convicted felon (or have completely discharged your sentence or been pardoned)
• not claim the right to vote in any other jurisdiction
• not previously be adjudged mentally incompetent by a court of competent jurisdiction

Mailing address:
    Secretary of State
    Voter Services
    P.O. Box 8111
    Little Rock, AR 72203-8111

| California |
|---|

Updated: 10-10-2021

Registration Deadline — 15 days before the election; conditional

voter registration up to and including Election Day.

6. ID Number. When you register to vote, you must provide your California driver's license or California identification card number, if you have one. If you do not have a driver's license or ID card, you must provide the last four digits of your Social Security Number (SSN). If you do not include this information, you will be required to provide identification when you vote if it is your first time voting in a federal election.

7. Choice of Party. If you wish to choose a party preference, please enter the name of the political party. If you do not want to choose a political party, enter "No Party Preference" in the space provided. California law allows voters who choose "No Party Preference" or have chosen a preference for a nonqualified political party to vote in the presidential primary election of any qualified political party that files a notice with the Secretary of State allowing them to do so. You can call 1-800-345-VOTE or visit www.sos.ca.gov to learn which political parties allow "No Party Preference" voters and voters who have disclosed a preference for a nonqualified political party to participate in their presidential primary election.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in California you must:
• be a citizen of the United States
• be a resident of California
• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

# State Instructions

not currently serving a state  or federal prison term for the  conviction of a felony

• not currently found to be  mentally incompetent to vote by a court

Your signature is required. If you meet the requirements listed  above, please sign and date the  registration card in the space provided.

Mailing address:
    Secretary of State
    Elections Division
    1500 11th Street, 5th Floor
    Sacramento, CA 95814

## Colorado

Updated: 1-8-2024

Registration Deadline — You may register up to, and on, Election Day. You must register 8 days or more before election day to have a ballot mailed to you. If you register  less than 8 days before election day,  then you must appear in person in  your county to vote.

6.ID Number. Your completed  voter registration form must contain your state issued driver's license number or identification number.  If you do not have a driver's license or state issued identification, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued identification or a  social security number, please write  "NONE" on the form. A unique  identifying number will be assigned  by the State.

7.Choice of Party. You may  register with a party. If you leave  this section blank you will not be  registered with any party.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in  Colorado you must:

• be a citizen of the United States

• be a resident of Colorado for at least 22 days immediately before the Election in which you intend to vote

• be at least 16 years old, but you must be 18 years of age or older on the date of the election at which you intend to vote

• not be serving a sentence for a felony  conviction

Mailing address:
    Colorado Secretary of State
    1700 Broadway, Suite 550
    Denver, Colorado 80290

## Connecticut

Updated: 09-03-2019

Registration Deadline —  postmarked seven (7) days before  the election; postmarked five (5)  days before the primary.

6.ID Number. Connecticut  Driver's License Number, or if  none, the last four digits of your  Social Security Number.

7.Choice of Party. This is optional, but you must register  with a party if you want to take  part in that party's primary  election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Connecticut you must:

• be a citizen of the United States

• be a resident of Connecticut and of the town in which you wish to vote

• be 17 years old. 17 year olds who  will turn 18 on or before

Election  Day, may participate in the general  primary.

• have completed confinement and parole if previously convicted of a felony, and have had your voting rights restored by Registrars of Voters

• not currently be declared  mentally incompetent to vote by a  court of law

Mailing address:
    Secretary of the State of
    Connecticut
    Elections Division
    P.O. Box 150470
    Hartford, CT 06115-0470

## Delaware

Updated: 04-18-2018

Registration Deadline — The  4th Saturday before a primary  or general election, and 10 days  before a special election.

6.ID Number. Your completed  voter registration form must contain your state issued driver's license number or nonoperating identification number. If you  do not have a driver's license or nonoperating identification, you must include the last four digits of your social security number. If you do not have a driver's license or a nonoperating identification  or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State.

7.Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. You may register to vote in Delaware if you:

# State Instructions

• are a citizen of the United States, AND
• are a resident of Delaware; (Delaware is your home), AND
• will be 18 years old on or before the date of the next General Election.
You may not register to vote in Delaware if you:
• have been adjudged mentally incompetent. Adjudged mentally incompetent refers to a specific finding in a judicial guardianship or equivalent proceeding, based on clear and convincing evidence that the individual has a severe cognitive impairment which precludes exercise of basic voting judgment; OR
• were convicted of a felony and have not completed your sentence, OR
• were convicted of a disqualifying* felony and have not been pardoned.
  *List of Disqualifying Felonies:
  • murder or manslaughter, (except vehicular homicide);
  • any felony constituting an offense against public administration involving bribery or improper influence or abuse of Office, or any like offense under the laws of any state or local jurisdiction, or of the United States, or of the District of Columbia; or
  • any felony constituting a sexual offense, or any like offense under the laws of any state or local jurisdiction or of the United States or of the District of Columbia.

Mailing address:
  State of Delaware
  Office of the State Election Commissioner
  905 S. Governors Ave., Suite 170
  Dover, DE 19904

## District of Columbia

Updated: 10-10-2021

Registration Deadline — 21 days before the election if registering by mail, online, or via mobile app, but a voter may register in-person during early voting and on Election Day.

6. ID Number. Federal law now requires that all voter registration applications must include either the applicant's driver's license number or the last four digits of the applicant's social security number in order to be processed.
7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.
8. Race or Ethnic Group. Leave blank.
9. Signature. To vote in the District of Columbia you must:
• Be a United States citizen
• Be a resident of the District of Columbia
• Maintain residency in the District of Columbia for at least 30 days prior to the election in which you intend to vote
• Not claim voting residence or the right to vote in another U.S. state or territory
• Be at least 17 years old (You may register to vote if you are at least 16 years old. You may vote in a primary election if you are at least 17 years old and you will be at least 18 years old by the next general election. You may vote in a general or special election if you are at least 18 years old).
• Not have been found by a court to be legally incompetent to vote
Mailing address:

District of Columbia Board of Elections
1015 Half Street, SE, Suite 750
Washington, DC 20003

## Florida

Updated: 11-30-2011

Registration Deadline — 29 days before the election.

6. ID Number. If you have one, you must provide your Florida driver's license number or Florida identification card number. If you do not have a Florida driver's license or identification card, you must provide the last four digits of your social security number. If you have not been issued any of these numbers, you must write the word "NONE."
7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.
8. Race or Ethnic Group. You are requested, but not required, to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).
9. Signature. To register in Florida you must:
• be a citizen of the United States
• be a legal resident of both the State of Florida and of the county in which you seek to be registered
• be 18 years old (you may pre-register if you are at least 16)
• not be adjudicated mentally incapacitated with respect to voting in Florida or any other State, or if you have, you must first have your voting rights restored.
• not be a convicted felon, or if you are, you must first have your civil rights restored if they were taken away.

# State Instructions

"I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information in this application is true."

Mailing address:
    State of Florida
    Department of State
    Division of Elections
    The R.A. Gray Building
    500 South Bronough St, Rm 316
    Tallahassee, Florida 32399-0250

## Georgia

Updated: 08-15-2013

Registration Deadline — The fifth Monday before any general primary, general election, or presidential preference primary, or regularly scheduled special election pursuant to the Georgia Election Code. In the event that a special election is scheduled on a date other than those dates prescribed by the Georgia Election Code, registration would close on the 5th day after the call.

6. ID Number. Federal law requires you to provide your full GA Drivers License number or GA State issued ID number. If you do not have a GA Drivers License or GA ID you must provide the last 4 digits of your Social Security number. Providing your full Social Security number is optional. Your Social Security number will be kept confidential and may be used for comparison with other state agency databases for voter registration identification purposes. If you do not possess a GA Drivers License or Social Security number, a unique identifier will be provided for you.

7. Choice of Party. You do not have to register with a party to take part in that party's primary, caucus or convention.

8. Race or Ethnic Group. You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in Georgia you must:
• be a citizen of the United States
• be a legal resident of Georgia and of the county in which you want to vote
• be 18 years old within six months after the day of registration, and be 18 years old to vote
• not be serving a sentence for having been convicted of a felony
• not have been judicially determined to be mentally incompetent, unless the disability has been removed

Mailing address:
    Elections Division
    Office of the Secretary of State
    2 Martin Luther King Jr. Drive
    Suite 802 Floyd West Tower
    Atlanta, Georgia 30334

## Hawaii

Updated: 10-10-2021

Registration Deadline — 10 days before the election.

6. ID Number. When you register to vote, you must provide your Hawaii driver's license or State identification number, if you have one. If you do not have a driver's license or ID number, you must provide the last four digits of your Social Security Number (SSN). If you do not have any of this information, the Clerk's Office will issue you a unique identification number, which will serve to

identify you for voter registration purposes.

7. Choice of Party. A "choice of party" is not required for voter registration.

8. Race or Ethnic Group. Race or ethnic group information is not required for voter registration.

9. Signature. To register in Hawaii you must:
• be a citizen of the United States
• be a resident of the State of Hawaii
• be at least 16 years old (you must be 18 years old by election day in order to vote)
• not be incarcerated for a felony conviction
• not be adjudicated by a court as "non compos mentis"

Mailing address:
    Office of Elections State of Hawaii
    802 Lehua Avenue
    Pearl City, HI 96782

## Idaho

Updated: 06-27-2022

Registration Deadline — 25 days before the election.

6. ID Number. Enter the number from your Idaho driver's license card or state identification card issued by the Idaho Transportation Department. If you have no such card, enter the last 4 digits of your social security number.

7. Choice of Party. Unless the political party chooses to have an open primary, affiliating with a political party is required if you wish to participate in a party's primary election.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Idaho you must:

# State Instructions

- be a citizen of the United States
- have resided in Idaho and in the county for 30 days prior to the day of election
- be at least 18 years old
- not have been convicted of a felony, and without having been restored to the rights of citizenship, or confined in prison on conviction of a criminal offense

Mailing address:
Secretary of State
P.O. Box 83720  State Capitol Bldg.
Boise, ID 83720-0080

## Illinois

Updated: 09-03-2019

Registration Deadline — Online Registration is available until 16 days before the election and in-person registration is available through Election Day.

6. ID Number. Illinois requires either the Driver's License (or Secretary of State ID Card) or the last 4 digits of Social Security Number. For people who do not have either of those items, and have not registered in Illinois before, a mail in registration form should be accompanied by a copy of other identifying information: you must send, with this application, either (i) a copy of a current and valid photo identification, or (ii) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the voter. If you do not provide the information required above, then you will be required to provide election officials with either (i) or

(ii) described above the first time you vote at a voting place.
7. Choice of Party. Leave Blank. Exception: for primary elections, unless a voter only wishes to vote on public questions, a party preference should be indicated.
8. Race or Ethnic Group. Leave blank.
9. Signature. A signature is required. If signature is missing from registration form, you will be notified your registration is incomplete.
To register in Illinois you must:
- be a citizen of the United States
- be a resident of Illinois and of your election precinct at least 30 days before the next election
- be at least 18 years old on or before the next General Election or Consolidated Election
- cannot be serving a sentence of confinement in any penal institution as a result of conviction of any crime
- not claim the right to vote anywhere else

Preregistration for 17 Year Olds. Illinois permits registration by a 17 year old person who will be 18 on or before the General Election (or the Consolidated Election, the odd year election for city, township, school board and other local Offices) to register and vote in the General Primary (or Consolidated Primary) which will nominate candidates for that next following General Election (or Consolidated Election).

Mailing address:
State Board of Elections
2329 S. MacArthur Boulevard
Springfield, IL 62704

## Indiana

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6. ID Number. Your state voter ID number is your ten digit Indiana issued driver's license number. If you do not possess an Indiana driver's license then provide the last four digits of your social security number. Please indicate which number was provided. (Indiana Code 3-7-13-13)
7. Choice of Party. Leave blank.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Indiana you must:
- be a citizen of the United States
- have resided in the precinct at least 30 days before the next election
- be at least 18 years of age on the day of the next general election
- not currently be in jail for a criminal conviction

Mailing address:
Election Division
Office of the Secretary of State
302 West Washington Street,
Room E204
Indianapolis, IN 46204

## Iowa

Updated: 11-24-2023

Registration Deadline — Must be delivered by 5 p.m. 15 days before the election.* Registration forms which are postmarked 15 or more days before an election are considered on time even if received after the deadline.

*If you fail to meet the voter registration deadlines above you can register and vote by following the guidelines for election day

# State Instructions

registration. You can find these on the Iowa Secretary of State's website: https://sos.iowa.gov/elections/voterinformation/edr.html.

6.  ID Number. Your ID number  is your Iowa driver's license  number or Iowa non-operator identification number if you have one; if not then the last four digits of your social security number. The ID number you provide will be  verified with the Iowa Department  of Transportation or the Social  Security Administration.

7.  Choice of Party. You may, but do not have to, register with a party in advance if you want to partici-pate  in that party's primary elec-tion.  You may change or declare a party  affiliation at the polls on primary  election day.

8.  Race or Ethnic Group. Leave blank.

9.  Signature. To register in Iowa you must:
• be a citizen of the United States
• be a resident of Iowa
• be at least 17 years old; a person may vote if they will be 18 years old on or before election day. In the case of primary elections,  a person may vote if they will  be 18 years old on or before the  corre-sponding regular election.
• not have been convicted of a felony or have had your rights  re-stored by the Governor, including through Executive Order, after a felony conviction.
• not currently be judged by a court to be "incompetent to vote"
• not claim the right to vote in more than one place
• give up your right to vote in any other place

Mailing address:
  Elections Division
  Office of the Iowa Secretary
  of State
  Lucas Building- First Floor
  321 E. 12th Street
  Des Moines, IA 50319

## Kansas

Updated: 10-25-2013

Registration Deadline —  Post-marked or delivered 21 days  before the election

6.  ID Number. Your completed voter registration form must contain your state issued driver's license number or nondriver's identification card number. If you do not have a driver's license or nondriver's identification card, you must include the last four digits  of your social security number. If  you do not have a driver's license  or a nondriver's identification card or social security number, please  write "NONE" on the form. A  unique identifying number will be  assigned by the State. The number you provide will be used for administrative purposes only and  will not be disclosed to the public. (KSA 25-2309).

7. Choice of Party. You must  regis-ter with a party if you want to  take part in that party's primary  election, caucus, or convention.

8.  Race or Ethnic Group. Leave blank.

9.  Signature. To register in Kansas you must:
• be a citizen of the United States
• be a resident of Kansas
• be 18 by the next election

• have completed the terms of your sentence if convicted of a felony; a person serving a sentence for a felony conviction is ineligible to vote
• not claim the right to vote in any other location or under any other name
• not be excluded from voting by a court of competent jurisdiction

Mailing address:
  Secretary of State
  1st Floor, Memorial Hall
  120 SW 10th Ave.
  Topeka, KS 66612-1594

## Kentucky

Updated: 03-01-2006

Registration Deadline — 29 days before the election.

6.ID Number. Your full social security number is required. It is used for administrative purpos-es  only and is not released to the public (KRS 116.155). No person shall be denied the right to register because of failure to include social security number.

7.Choice of Party. You must  reg-ister with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Kentucky you must:
• be a citizen of the United States
• be a resident of Kentucky
• be a resident of the county for at least 28 days prior to the election date

# State Instructions

• be 18 years of age on or before the next general election
• not be a convicted felon or if you  have been convicted of a felony,  your civil rights must have been  restored by executive pardon
• not have been judged "mentally incompetent" in a court of law
• not claim the right to vote anywhere outside Kentucky

Mailing address:
　State Board of Elections  140 Walnut Street  Frankfort, KY 40601-3240

## Louisiana

Updated: 02-28-2019

Registration Deadline — 30 days before the election.

6.ID Number. You must provide your Louisiana driver's license number or Louisiana special  identification card number, if  issued. If not issued, you must  provide at least the last four digits  of your social security number,  if issued. The full social security  number may be provided on a  voluntary basis. If the applicant  has neither a Louisiana driver's  license, a Louisiana special  identification card, or a social  security number, the applicant shall attach one of the following items to his application: (a) a  copy of a current and valid photo  identification; or (b) a copy of a  current utility bill, bank statement,  government check, paycheck, or  other government document that  shows the name and address of  applicant. Neither the registrar  nor the Department of State  shall disclose the social security  number of a registered voter  or circulate the social security  numbers of registered voters on  commercial lists (R.S. 18:104 and  154; 42 U.S.C. § 405).

7.Choice of Party. If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary and party committee elections. Political party affiliation is not required for any other election.
8.Race or Ethnic Group. Completing this box is optional.  See the list of choices under the  Application Instructions for Box 8 (on page 2).
9.Signature. To register in  Louisiana you must:
• be a citizen of the United States
• be a resident of Louisiana  (Residence address must be address where you claim homestead  exemption, if any, except for a  resident in a nursing home or  veteran's home who may elect to use  the address of the nursing home or veterans' home or the home where he has a homestead exemption. A college student may elect to use his home address or his address while away at school.)
• be at least 17 years old (16 years old if registering to vote with application for Louisiana driver's license or in person at registrar of voters Office), and be 18 years old prior to the next election to vote
• not currently be under an order of imprisonment for conviction of a felony; or if under such an order (1) not have been incarcerated pursuant to the order within the last five years and (2) not be under an order of imprisonment related to a felony conviction for election fraud or any other election offense pursuant to R.S. 18:1461.2
• not be under a judgment of  full interdiction for mental  incompetence or limited  interdiction where your right to  vote has been suspended

Mailing address:
　Secretary of State
　Attention: Elections Division
　P.O. Box 94125
　Baton Rouge, LA 70804-9125

## Maine

Updated: 08-05-2024

Registration Deadline —  Delivered to your municipality 21 days before  the election (or a voter may register *in-person* up to and including  election day).

6.  ID Number. You must list your valid Maine driver's license number. If you don't have a valid Maine driver's license, then you must provide the last four digits of your Social Security Num-ber. Voters who don't have either of these forms of ID must write "NONE" in this space.
7. Choice of Party. Unenrolled voters may choose to take part in one party's primary election, caucus, or convention without enrolling in that party.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Maine you must:

• be a citizen of the United States
• be a resident of Maine and the municipality in which you want to vote
• be at least 16 years old (you must be 18 years old to vote, or 17 years old for a Primary Election in which you will be 18 years old by that General Election)

B. Prior address. Prior address is a required section for Maine voter registration. If you were previously registered to vote, whether in Maine or not, the address of prior registration is required to register to vote. If you have not been previously registered, write N/A.

# State Instructions

Mailing address:
Elections Division Bureau of Corporations,
Elections and Commissions,
184 State House Station,
Augusta, ME 04333-0184

Municipal addresses: To meet registration deadlines, especially in the two weeks before the closed period (three weeks before an election) you should return the completed voter registration application directly to your municipal clerk. A complete list of municipal clerks is available at https://www.maine.gov/sos/cec/elec/.

## Maryland

Updated: 10-10-2021

Registration Deadline — In-person registration by 5:00 p.m., online registration by 11:59 p.m., or postmarked 21 days before the election.

6. ID Number. If you do not have a current, valid Maryland driver's license or MVA ID card, you must enter the last 4 digits of your social security number. The statutory authority allowing officials to request the last 4 digits of your social security number is Election Law Article, § 3-202.

The number will only be used for registration and other administrative purposes. It will be kept confidential.

7. Choice of Party. You must register with a party if you want to take part in that party's primary election.
8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Maryland you must:

- be a U.S. citizen
- be a Maryland resident
- be at least 16 years old*
- not be under guardianship for mental disability or if you are, you have not been found by a court to be unable to communicate a desire to vote
- not have been convicted of buying or selling votes
- not have been convicted of a felony, or if you have, you have completed serving a court ordered sentence of imprisonment.

*You may register to vote if you are at least 16 years old but cannot vote unless you will be at least 18 years old by the next general election.

Mailing address:
    State Board of Elections
    P.O. Box 6486
    Annapolis, MD 21401-0486

## Massachusetts

Updated: 09-03-2019

Registration Deadline — 20 days before the election.

6. ID Number. Federal law requires that you provide your driver's license number to register to vote. If you do not have a current and valid Massachusetts' driver's license then you must provide the last four (4) digits of your social security number. If you have neither, you must write "NONE" in the box and a unique identifying number will be assigned to you.
7. Choice of Party. If you do not designate a party or political designation in this box, you will be registered as unenrolled, which is commonly referred to as independent. Unenrolled voters and voters registered in political designations may vote in party primaries.

8. Race or Ethnic Group. Leave blank.
9. Signature. To register in Massachusetts you must:

- be a citizen of the United States
- be a resident of Massachusetts
- be at least 16 years old (must be 18 years old to vote on Election Day)
- not have been convicted of corrupt practices in respect to elections
- not be under guardianship with respect to voting
- not be currently incarcerated for a felony conviction

Mailing address:
    Secretary of the Commonwealth
    Elections Division, Room 1705
    One Ashburton Place
    Boston, MA 02108

## Michigan

Updated: 09-17-2024

Registration Deadline — Postmarked at least 15 days before the election; or delivered in person to your city or township clerk by 8 p.m. on Election Day. If you are registering within 14 days of an election, you must provide residency verification to be eligible for that election.

6. ID Number. Your completed voter registration form must contain your state issued driver's license number or state issued personal identification card number. If you do not have a driver's license or state issued personal identification card, you must include the last four digits of your social security number. If you do not have a driver's license or a state issued personal identification card or a social security number,

# State Instructions

please write "NONE" on the form. A unique identifying number will be assigned by the State.

7. Choice of Party. A "choice of party" is not required for voter registration.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Michigan you must:

• be a citizen of the United States

• be 18 years old by the next election

• be a resident of Michigan and at least a 30 day resident of your city or township by election day

• not be confined in a jail after being convicted and sentenced

Preregistration for 16 year olds— To preregister in Michigan you must:

• be a citizen of the United States

• be at least 16 years of age but less than 17.5 years of age

• be a resident of Michigan and a resident of the city or township in which you are applying for preregistration.

A person who is preregistered to vote automatically becomes a registered voter on their 18th birthday. If you are using this form to preregister to vote, mark "yes" to the question "Will you be 18 years old on or before election day?" if you will be 18 years old at the first election in which you will vote.

*Notice:* If a voter possesses a Michigan driver license (DL) or personal ID (PID), Michigan law requires the same address be used for voter registration and DL/PID purposes. Use of this form will also change your DL/PID address. The Secretary of State will mail you a new address sticker for your DL/PID.

Mailing address:
Mail or deliver this completed application directly to your city or township clerk. Find your city or township clerk's address at Michigan.gov/Vote. If you are unable to find your city or township clerk's address, mail to:

Michigan Department of State
Bureau of Elections
P.O. Box 20126
Lansing, MI 48901-0726

## Minnesota

Updated 11/24/2023

Registration Deadline — Delivered by 5:00 p.m. 21 days before the election (there is also election day registration at polling places).

6.ID Number. You are required to provide your Minnesota driver's license or state ID number to register to Vote. If you do not have a Minnesota driver's license or state ID then you will have to provide the last four digits of your social security number. If you have neither, please write "none" on the form.

7.Choice of Party. Leave blank.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Minnesota you must:

• be a citizen of the United States

• maintain residence in Minnesota for 20 days before the next election

• maintain residence at the address given on the registration form

• be at least 16 years old and understand that you must be at least 18 years old to be eligible to vote.

• not be currently incarcerated for a conviction of a felony offense

• not be under a court-ordered guardianship in which the right to

vote has been revoked

• not be found by a court to be legally incompetent to vote.

Mailing address:
Secretary of State
First National Bank Building
332 Minnesota Street. Suite N201
Saint Paul. MN 55101

You may also register online or find more information at mnvotes.gov/register.

## Mississippi

Updated: 05-07-2010

Registration Deadline — 30 days before the election.

6.ID Number. You are required to provide your current and valid driver's license number or, if you don't have one, the last four digits of your social security number.

7.Choice of Party. Mississippi does not have party registration. Therefore you do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Mississippi you must:

• be a citizen of the United States

• have lived in Mississippi and in your county (and city, if applicable) 30 days before the election in which you want to vote

• be 18 years old by the time of the general election in which you want to vote

• have not been convicted of murder, rape, bribery, theft, arson, obtaining money or goods under false pretense, perjury, forgery, embezzlement, armed robbery, extortion, felony bad check, felony shoplifting, larceny, receiving stolen property, robbery, timber larceny, unlawful taking of a motor

# State Instructions

vehicle, statutory rape, carjacking, or bigamy, or have had your rights restored as required by law
• not have been declared mentally incompetent by a court

*Note:* State law changed by federal court order in 1998 and by state legislation in 2000. We now accept the form as registration for voting for all state and federal Offices.

Mailing address:
    Secretary of State
    P.O. Box 136
    Jackson, MS 39205-0136

Local county addresses:
You also may return completed applications to the county circuit clerk/registrar where you reside. A complete list of county circuit clerk/registrars is available on Mississippi's website at www.sos. ms.gov.

## Missouri

Updated: 09-12-2006

Registration Deadline — 28 days before the election.

6.ID Number. Your completed voter registration form must contain your state issued driver's license number. Your completed voter registration form must also include the last four digits of your social security number. (Section 115.155, RSMo). If you do not have a driver's license or a social security number, please write "NONE" on the form. A unique identifying number will be assigned by the State. Any electronic media, printouts or mailing labels provided under this section shall not include telephone numbers and social security

numbers of voters. (Section 115.157, RSMo).
7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.
8.Race or Ethnic Group. Leave blank.
9.Signature. To vote in Missouri you must:
• be a citizen of the United States
• be a resident of Missouri
• be at least 17-1/2 years of age (you must be 18 to vote)
• not be on probation or parole after conviction of a felony, until finally discharged from such probation or parole
• not be convicted of a felony or misdemeanor connected with the right of suffrage
• not be adjudged incapacitated by any court of law
• not be confined under a sentence of imprisonment

Mailing address:
    Secretary of State
    P.O. Box 1767
    Jeferson City, MO 65102-1767

## Montana

Updated: 03-15-2022

Registration Deadline — Regular registration closes 30 days before the election. A prospective elector may register or change the existing elector's voter information after the close of regular registration and be eligible to vote in the election if the election administrator in the county where the elector resides receives and verifies the elector's voter registration information prior to noon the day before the election.

6.ID Number. You must provide your Montana (MT) Driver's License number, MT Identification (ID) card number, or the last 4 digits of your Social Security number (SSN). If you are unable to provide the preceding forms of identification, you can provide a United States passport, Montana tribal ID card, military ID card, or Montana concealed carry per-mit when you register; or submit a photo identification, including, but not limited to, a school district or postsecondary education photo identification with your name on it, and a current utility bill, bank statement, paycheck, government check, or other government document that shows your name and current address. *For information on voter registration ID please visit https:// sosmt.gov/voter-id/voter-registration-id-op-tions/
7.Choice of Party. Montana does not require party registration to participate in any election. 8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Montana you must:
• be a citizen of the United States
• be at least 18 years old on or before the election
• be a resident of Montana and of the county in which you want to vote for at least 30 days before the next election
• not be in a penal institution for a felony conviction
• not currently be determined by a court to be of unsound mind
• meet these qualifications by the next election day if you do not cur-rently meet them

Mailing address:
Mail your completed registration form to your local county election

# State Instructions

office. The county contact information can be found on the Montana Secretary of State's website: Election-Officials-Master-Email-List (sosmt.gov). If you have difficulty finding your county election office, contact the Montana Secretary of State Elections and Voter Services Division for assistance at (888) 884-8683 or (406) 444-9608, or email soselections@mt.gov. (Note: Registrations may be sent to the Montana Secretary of State's Office, however, to avoid potential delays, we recommend you return your completed voter registration application directly to your county elections office.)
　　Secretary of State's Office
　　P.O. Box 202801
　　Helena, MT 59620-2801

## Nebraska

Updated: 10-17-2024

Registration Deadline — The third Friday before the election (or delivered by 6 p.m. on the second Friday before the election).

6. ID Number. You must provide your Nebraska driver's license number. If you do not have a Nebraska driver's license number then you must list the last four digits of your social security number.

7. Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Nebraska you must:
• be a citizen of the United States
• be a resident of Nebraska
• be at least 18 years of age or will be 18 years of age on or before the first Tuesday after the first Monday of November
• not have been convicted of a felony, or if convicted, you have completed your sentence for the felony, including any parole term
• not have been officially found to be mentally incompetent

Mailing address:
　　Nebraska Secretary of State
　　Suite 2300, State Capitol Bldg.
　　Lincoln, NE 68509-4608

## Nevada

Updated: 05-01-2020

Registration Deadline — The deadline for mail-in or in-person voter registration is the fourth Tuesday before any primary or general election. This is the date by which: (1) a mail-in voter registration application must be postmarked; or (2) a person must appear in person at the Office of the County Clerk/ Registrar of Voters. The deadline for online voter registration at www.RegisterToVoteNV.gov is the Tuesday preceding the primary or general election. Eligible voters who miss the voter registration deadlines can register to vote in person at the polling place either during early voting or on election day.

6. ID Number. You must supply a Nevada driver's license number or Nevada ID card number if you have been issued one by the DMV. If you do not have a valid Nevada driver's license or Nevada ID card, you must supply the last four digits of your Social Security Number. If you do not have a valid Nevada driver's license or Nevada ID card or a Social Security Number, please contact your County Clerk/ Registrar of Voters to be assigned a unique identifier.

7. Choice of Party. You must register with a major political party if you want to take part in that party's primary election, caucus, or convention. If you register with a minor political party or as a nonpartisan, you will receive a nonpartisan ballot for the primary election.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Nevada you must:
• Be a citizen of the United States;
• Have attained the age of 18 years on the date of the next election;
• Have continuously resided in the State of Nevada, in your county, at least 30 days and in your precinct at least 10 days before the next election;
• Not be currently serving a term of imprisonment for a felony conviction;
• Not be determined by a court of law to be mentally incompetent; and
• Claim no other place as your legal residence.

Preregistration for 17 Year Olds — A person who is 17 years of age or older but less than 18 years of age and meets all other qualifications to vote in Nevada can preregister to vote using any of the means available for a person to register to vote. A person who is preregistered to vote automatically becomes a registered voter on his or her 18th birthday.

Felony Convictions — Any Nevada resident who is convicted

## State Instructions

of a felony is immediately restored the right to vote upon the individual's release from prison. There is no waiting period or action required by the individual. The restoration of voting rights is automatic and immediate upon the individual's release from prison, regardless of the category of felony committed or whether the individual is still on either parole or probation. More information regarding the restoration of voting rights can be found on the Nevada Secretary of State's website at: www.nvsos.gov.

Mailing address:
    Secretary of State Elections Division
    101 North Carson Street, Suite 3
    Carson City, NV 89701-4786

Voter registration applications may be returned to the Secretary of State's office at the address above, but to avoid possible delays, you are advised to return your completed voter registration application directly to your local county election official.

Local county addresses: To meet registration deadlines, especially during the two weeks before the mail-in voter registration deadline, you should return completed voter registration applications to your respective County Clerk/ Registrar of Voters. A complete list of County Clerks and Registrars of Voters is available on the Nevada Secretary of State's website: www.nvsos.gov.

### New Hampshire

Updated: 03-01-2006

Registration Deadline — New Hampshire town and city clerks will accept this application only as a request for their own absentee voter mail-in registration form, which must be received by your city or town clerk by 10 days before the election. You need to fill in only Box 1 and Box 2 or 3.

The application should be mailed to your town or city clerk at your zip code. These addresses are listed on the Secretary of State web site at www.state.nh.us/sos/clerks.htm

It should be mailed in plenty of time for your town or city clerk to mail you their own form and for you to return that form to them by 10 days before the election.

### New Jersey

Updated: 03-28-2008

Registration Deadline — 21 days before the election.

6. ID Number. The last four digits of your Social Security number OR your New Jersey Driver's License number is required for voter registration. If you do not possess either of these identifications, please write "NONE" on the form. The State will assign a number that will serve to identify you for voter registration purposes.

7. Choice of Party. New Jersey's voter registration form does not provide a check-of for political party affiliation. A newly registered voter or voter who has never voted in a political party primary election can declare party affiliation at the polling place on the day of a primary election. In New Jersey, a primary election is only held for the Democratic and Republican parties. A voter may also file a political party declaration form to become a member of a political party. If a declared voter wished to change party affiliation he or she must file a declaration form 50 days before the primary election, in order to vote.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in New Jersey you must:
• be a citizen of the United States
• be at least 18 years of age by the time of the next election
• be a resident of this State and county at your address at least 30 days before the next election
• not be serving a sentence or on parole or probation as the result of a conviction of any indictable offense under the laws of this or another state or of the United States

Mailing address:
    New Jersey Department of Law and Public Safety Division of Elections
    PO BOX 304
    Trenton, NJ 08625-0304

### New Mexico

Updated: 10-02-2024

Registration Deadline — 28 days before the election.

# State Instructions

6.ID Number. You must provide a driver's license or state identification number issued by the motor vehicle division of the taxation and revenue department or the last four digits of your social security number. Computerized listings of limited voter registration information (without social security numbers, codes used to identify agencies where voters have registered, a voter's day and month of birth or, if prohibited by voters, voters' telephone numbers) are available to the general public, and are furnished upon request to incumbent election officeholders, candidates, political parties, courts and non-profit organizations promoting voter participation and registration, for political purposes only.

7.Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in New Mexico you must:
• be a citizen of the United States
• be a resident of the State of New Mexico
• be 18 years of age at the time of the next election
• not currently be incarcerated as a result of a felony conviction.

Mailing address:
　Bureau of Elections
　325 Don Gaspar, Suite 300
　Santa Fe, NM 87503

## New York

Updated: 01-12-2023

Registration Deadline — 10 days before the election.

6.ID Number. Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will be assigned to you by your State. 7.Choice of Party. You must enroll with a party if you want to vote in that party's primary election or caucus.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in New York you must:
• be a citizen of the United States
• be a resident of the county, or of the City of New York, at least 30 days before an election
• be 18 years old (you may pre-register at 16 or 17 but cannot vote until you are 18)
• not be in prison for a felony conviction
• not currently be judged incompetent by order of a court of competent judicial authority
• not claim the right to vote elsewhere

Mailing address:
　NYS Board of Elections
　40 North Pearl Street, Suite 5
　Albany, NY 12207-2729

## North Carolina

Updated: 08-22-2024

Registration Deadline — Postmarked 25 days before the election or received in the elections office or designated voter registration agency site by 5:00 p.m. 25 days before the election.

6. ID Number. Provide your North Carolina driver's license number, or North Carolina Department of Motor Vehicles ID number. If you do not have a driver's license, then list the last four digits of your social security number. If you do not have any of these identification numbers, please write "NONE" on the form. A unique identifying number will be assigned to you for voter registration purposes.

7. Choice of Party. You may choose to affiliate with any political party recognized in North Carolina. If you indicate a political party that is not a qualified party, or indicate no party, you will be listed as "Unaffiliated." If you are unaffiliated, you may choose to vote in any party's primary.

8. Race or Ethnic Group. You are required to fill in this box. However, your application will not be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

9. Signature. To register in North Carolina you must:
• be a citizen of the United States
• be a resident of North Carolina and the county in which you live for at least 30 days prior to the election
• be at least 16 years of age and will be 18 years of age by the day of the next general election
• not be currently serving a felony sentence (including any probation, post-release supervision, or parole)

# State Instructions

Mailing address:
    State Board of Elections
    P.O. Box 27255
    Raleigh, NC 27611-7255

## North Dakota

Updated: 03-01-2006

North Dakota does not have voter registration.

## Ohio

Updated: 09-16-2024

Registration Deadline — 30 days before the election.

6.ID Number. Your social security number is requested. Providing this number is voluntary. This information allows the Board of Elections to verify your registration if necessary (O.R.C. 3503.14). [Federal law requires that you provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you don't have either number you will have to write "NONE" on the form and the State will assign you a number.]

7.Choice of Party. You do not register with a party if you want to take part in that party's primary election. Party affiliation is established by voting at a primary election.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Ohio you must:
• be a citizen of the United States
• be a resident of Ohio
• be 18 years old on or before election day. If you will be 18 on or before the day of the general election, you may vote in the primary election for candidates only.

• not be convicted of a felony and currently incarcerated
• not be found incompetent by a court for purposes of voting

Mailing address:
    Office of the Ohio Secretary of State
    180 S Civic Center Dr.
    Columbus, Ohio 43215

## Oklahoma

Updated: 03-15-2022

Registration Deadline — 25 days before the election.

6.ID Number. You must provide either your valid Oklahoma driver's license number, state identification card number, or the last four digits of your Social Security number.

7.Choice of Party. You must register with a party if you want to take part in that party's primary election. A current list of recognized political parties in Oklahoma is available on the Oklahoma State Election Board website. Registered voters with no party affiliation may be allowed by recognized parties to participate in primary elections at the party's discretion. You will find a list of recognized political parties and a list of parties that allow voters with no party affiliation to vote in primaries at: https://oklahoma.gov/elections/voter-registration/political-party-info.html.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register to vote in Oklahoma you must:
• You must be a citizen of the United States and a resident of the State of Oklahoma.
• You must be 18 years old on or before the date of the next election. You may pre-register if you are at least 17½ years old,

but your voter registration will not be activated until you are 18 years old.

• If convicted of a felony, you must have fully served your sentence of court-mandated calendar days, including any term of incarceration, parole, or supervision, or completed a period of probation ordered by any court.
• You must not now be under judgment as an incapacitated person, or a partially incapacitated person prohibited from registering to vote.
• Applications must be signed and dated by the applicant. The signature must be the original, handwritten autograph or mark of the applicant. No facsimile, reproduction, typewritten or other substitute signature, autograph or mark will be valid. It is against the law to sign an Oklahoma Voter Registration Application on behalf of another person.

Mailing address:
    Oklahoma State Election Board
    Box 528800
    Oklahoma City, OK 73152-8800

You can also complete a voter registration application online, using the OK Voter Portal "wizard": https://okvoterportal.okelections.us/Home/RegWizard (Applications must be printed, signed, and mailed or hand-delivered to your county or State Election Board to complete the process.)

## Oregon

Updated: 08-05-2024

Registration Deadline — 21 days before the election.

6.ID Number. To be eligible to vote in Oregon elections, you must provide a valid Oregon

# State Instructions

License, Permit or ID number. If you do not have an Oregon-issued ID, then you will have to provide at least the last four digits of your social security number. If you have neither, you will need to write "NONE" on the form.

7.Choice of Party. In many cases, you must register with a party if you want to take part in that party's primary election. If you are not a member of a party or this space is left blank, you will be registered as a nonaffiliated voter.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Oregon you must be:
• a citizen of the United States
• a resident of Oregon
• and at least 16 years of age when registering. If you are not yet 18, you will not receive a ballot until an election occurs on or after your 18th birthday.

Mailing address:
    Oregon Elections Division
    Public Service Building
    Suite 126
    255 Capitol St. NE
    Salem, OR 97310

Register or make changes to your registration online — www.oregonvotes.gov.

## Pennsylvania

Updated: 05-01-2020

Registration Deadline — 15 days before an election or primary.

6.ID Number. You must supply a Driver's License Number, if you have one. If you do not have a Driver's License Number, you must supply the last four digits of your Social Security Number. If you do not have either form of ID, please write "NONE" in the box.

7. Choice of Party. You must register with a major party if you want to take part in that party's primary election.

8.Race or Ethnic Group. You are requested to fill in this box. See the list of choices under the Application Instructions for Box 8 (on page 2).

9.Signature. To register in Pennsylvania you must:

• be a citizen of the United States at least one month before the next election
• be a resident of Pennsylvania and your election district at least 30 days before the election
• be at least 18 years of age on the day of the next election

Mailing address:
    Office of the Secretary of the Commonwealth  210 North Office Bldg.  Harrisburg, PA 17120-0029

You may also register online at register.votespa.com.

## Rhode Island

Updated: 09-03-2019

Registration Deadline — 30 days before the election.

6.ID Number. The applicant shall be required to provide their Rhode Island driver's license or State ID number if the applicant has been issued a current and valid Rhode Island driver's license or State ID. In the case of an applicant who has not been issued a current and valid driver's license or State ID, they must provide the last four (4) digits of their social security number. An applicant, who has neither, will be assigned a unique identifying number by the State of Rhode Island.

7.Choice of Party. In Rhode Island, a person must register with a party if they wish to take part in that party's primary election. A person who fails to register with a party at the time of registration may, if they choose, register with a party on the day of that party's primary and take part in that party's primary election. If a person does not register with a party, they can still vote in general elections and nonpartisan primary elections.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Rhode Island you must:
• be a citizen of the United States
• be a resident of Rhode Island
• be at least 16 years of age (you must be 18 years old to vote)
• not be currently incarcerated in a correctional facility due to a felony conviction
• not have been lawfully judged to be mentally incompetent by a court of law

Mailing address:
    Rhode Island State Board of Elections
    50 Branch Ave.
    Providence, RI 02904-2790

## South Carolina

Updated: 01-05-2021

Registration Deadline — 30 days before the election.

6.ID Number. You must provide at least the last four digits of your social security number. You may provide your full social security number on a voluntary basis. Social security number does not

# State Instructions

appear on any report produced by the State Election Commission nor is it released to any unauthorized individual. (South Carolina Title 7-5-170)

7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. You are required to fill in this box. Your application may be rejected if you fail to do so. See the list of choices under the Application Instructions for Box 8 (on page 2).

9.Signature. To register in South Carolina you must:
• be a citizen of the United States
• be at least 18 years old on or before the next election
• be a resident of South Carolina, your county and precinct
• not be confined in any public prison resulting from a conviction of a crime
• never have been convicted of a felony or offense against the election laws, or if previously convicted, have served your entire sentence, including probation or parole, or have received a pardon for the conviction
• not be under a court order declaring you mentally incompetent
• claim the address on the application as your only legal place of residence and claim no other place as your legal residence

Mailing address:
    State Election Commission
    P.O. Box 5987
    Columbia, SC 29250-5987

## South Dakota

Updated: 10-10-2021

Registration Deadline — Received 15 days before the election.

6.ID Number. Any person registering to vote shall provide the person's valid South Dakota driver license number or a South Dakota nondriver identification number on the voter registration form. If a person does not have a valid South Dakota driver license or a South Dakota nondriver identification number, the person shall provide the last four digits of the person's social security number on the voter registration form. If a person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number, the person may only register at the county auditor's Office and shall sign a statement verifying the fact that the person does not have a valid South Dakota driver license, a South Dakota nondriver identification number, or a social security number. South Dakota Codified Law 12-4-5.4

7.Choice of Party. If you are currently registered to vote and you leave the choice of party field blank, you will remain registered with your current party affiliation. If you are not currently registered to vote and you leave the choice of party field blank, you will be entered as an independent/no party affiliation voter, which is not a political party in South Dakota. South Dakota Codified Law 12-4-15,12-6-26

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in South Dakota you must:
• Be a United States citizen
• Reside in South Dakota
• Be at least 18 years old on or before the next election
• Not currently serving a sentence for a felony conviction which included imprisonment, served or suspended, in an adult penitentiary system
• Not be judged mentally incompetent by a court of law
South Dakota Codified Law 12-4-6,12-4-8,l2-l-9,l2-l-4,12-4-18, South Dakota Constitution, Article VII, Section 2

Mailing address:
    Elections, Secretary of State
    500 E. Capitol
    Pierre, SD 57501-5070

## Tennessee

Updated: 05-01-2020

Registration Deadline — 30 days before the election.

6.ID Number. Your full social security number is required. Social security number, if any, is required for purposes of identification and to avoid duplicate registration (TCA 2.2.116).

7.Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8. Race or Ethnic Group. Optional.

9.Signature. To register in Tennessee you must:
• be a citizen of the United States
• be a resident of Tennessee
• be at least 18 years old on or before the next election

# State Instructions

• not have been convicted of a felony, but if convicted, your eligibility to register and vote depends upon the crime you were convicted of and the date of your conviction. For more information about this process, call 877-850-4959 or visit https://sos.tn.gov/restoration. If your conviction has been expunged, you are not considered to have a felony con-viction.

• not be adjudicated incompetent by a court of competent jurisdiction (or have been restored to legal capacity)

Mailing address:
Coordinator of Elections
Tennessee Tower, Seventh Floor
312 Rosa L. Parks Ave.
Nashville, TN 37243-1102

## Texas

Updated: 11-15-2018

Registration Deadline — 30 days before the election.

6.ID Number. You must provide your driver's license number to register to vote. If you do not have a driver's license then you will have to provide at least the last four digits of your social security number. If you have neither, please write "NONE" on the form. A unique identifying number will instead be assigned to you by your State.

7. Choice of Party. You do not have to register with a party if you want to take part in that party's primary election, caucus, or convention.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Texas you must:

• be a resident of the county in which the application for registration is made

• be at least 17 years and 10 months old (you must be 18 to vote)

• not be finally convicted of a felony, or if a convicted felon, you must have fully discharged your punishment, including any incarceration, parole, supervision, period of probation or be pardoned.

• have not been declared mentally incompetent by fnal judgment of a court of law

Mailing address:
Office of the Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060

## Utah

Updated: 09-19-2019

Registration Deadline —
Registration deadlines vary:

• Mail: registration forms must be postmarked or otherwise marked as received by the Post Office 30 days before the election.

• In-person: registration forms may be dropped of at the county clerk's Office 7 days before the election.

• Online: registrations must be submitted 7 days before the election. Requires a valid Utah driver license or valid Utah ID.

• Same-Day: voters may register at the polls during the early voting period or on Election Day by filling out a provisional ballot.

6.ID Number. Your completed voter registration form must contain one of the following: a Utah Driver License number, a Utah State Identification number, or the last four digits of your

Social Security number. If you do not have a Utah Driver License or a Utah State Identification card, please write "None" in the designated space and fill in the last four digits of your Social Security number.

7.Choice of Party. Declaring a party is not required in order to register to vote. However, Utah's election law allows each political party to choose whom it will allow to vote in its primary election. If you do not affiliate with a party, you may be restricted from voting in the primary.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Utah you must:

• be a citizen of the United States

• have resided in Utah for 30 days immediately before the next election

• be at least 18 years old on or before the next election (individuals who are 16 and 17 years of age may pre-register to vote; if a 17 year old will be 18 years of age on or before the upcoming general election, they may pre-register and vote in the primary election)

• not be a convicted felon currently incarcerated for commission of a felony

• not be convicted of treason or crime against the elective franchise, unless restored to civil rights

• not be found to be mentally incompetent by a court of law

• currently resides within the voting district or precinct in which you register to vote

Mailing address:
Office of the Lieutenant Governor
P.O. Box 142325
Salt Lake City, UT 84114

# State Instructions

## Vermont

Updated: 09-19-2019

Registration Deadline — Your mailed registration must be received in the clerk's Office on the last day the clerk has hours before the election. Vermont has Election day voter registration at the polls as well as online voter registration. To register online visit – https://olvr.sec.state.vt.us.

6.ID Number. You must provide your Vermont Driver's license number, or if none, the last 4 digits of your Social Security number. If you do not have a Vermont Driver's license or a Social Security number, please write "NONE" on the form. The Secretary of State's Office will assign you a unique identifying number.

7.Choice of Party. Vermont does not require party registration to participate in any election.

8.Race or Ethnic Group. Not required.

9.Signature. To register in Vermont you must:
• be a citizen of the United States
• be a resident of Vermont
• be 18 years of age on or before election day
• have taken the following Oath: You solemnly swear (or affirm) that whenever you give your vote or suffrage, touching any matter that concerns the state of Vermont, you will do it so as in your conscience you shall judge will most conduce to the best good of the same, as established by the Constitution, without fear or favor of any person [Voter's Oath, Vermont Constitution, Chapter II, Section 42]

By signing in Box 9, you are attesting that you have sworn or affirmed the Vermont voter's oath as printed above.

Mailing address:
Office of the Secretary of State
Elections Division
128 State Street
Montpelier, VT 05633-1101

## Virginia

Updated: 09-19-2019

Registration Deadline — The application must be delivered or postmarked 22 days before the election.

6.ID Number. Your full social security number is required. Your social security number will appear on reports produced only for official use by voter registration and election officials and, for jury selection purposes, by courts. Article II, §2, Constitution of Virginia (1971).

7.Choice of Party. Leave blank.

8.Race or Ethnic Group. Leave blank.

9.Signature. To register in Virginia you must:
• be a citizen of the United States
• be a resident of Virginia and of the precinct in which you want to vote
• be 18 years old by the next <u>May or November general</u> election
• not have been convicted of a felony, or have had your civil rights restored
• not currently be declared mentally incompetent by a court of law

Mailing address:
Virginia State Board of Elections
1100 Bank Street, 1st floor
Richmond, VA 23219

## Washington

Updated: 01-17-2025

Registration Deadline — Online and mail registration forms must be received by an elections official no later than 8 days before the election. Register in person any time during business hours and before 8:00 p.m. on Election Day.

6. ID Number. You must provide your Washington driver's license or ID card number. If you do not have a Washington driver's license or ID card, you must provide the last four digits of your Social Security Number. Failure to provide this information may prevent your registration from being processed.

7. Choice of Party. You are not required to designate your party affiliation to register in Washington.

8. Race or Ethnic Group. Leave blank.

9. Signature. To register in Washington you must:
• be a citizen of the United States
• be a legal resident of Washington State
• be at least 18 years old by Election Day
• If you were convicted of a felony in Washington State, another state, or in federal court, your right to vote will be restored automatically as long as you are not currently serving a sentence of total confinement in prison. You may re-register.
• 16- and 17-year-olds can sign up as Future Voters and be automatically registered to vote when they qualify

# State Instructions

Mailing address:
  Secretary of State  Elections Division  P.O. Box 40229  Olympia, WA 98504-0229

## West Virginia

Updated: 05-24-2024

Registration Deadline — 21 days before the election.

6.ID Number. Enter your driver's license number. If you do not have a driver's license number, enter the last four numbers of your social security number. If you do not have a driver's license number or a social security number, an identification number will be assigned to you.
7.Choice of Party. You must register with a party if you want to take part in that party's primary election, caucus, or convention
(unless you request the ballot of a party which allows independents to vote)
8.Race or Ethnic Group. Leave blank.
9.Signature. To register in West Virginia you must:
• be a citizen of the United States;
• live in West Virginia at the above address;
• be 18 years old (or be 17 years old and turning 18 before the general election);
• not be under conviction, probation, or parole for a felony, treason or election bribery;
• not have been judged "mentally incompetent" in a court of competent jurisdiction; and
• attest that the applicant meets each eligibility requirement.

Mailing address:
  Secretary of State Building 1, Suite 157-K 1900 Kanawha Blvd. East Charleston, WV 25305-0770

## Wisconsin

Updated: 11-24-2023

Registration Deadline —  Wisconsin municipal clerks will accept this application only as a request for their own absentee voter mail-in registration form or for the purposes of the clerk directing that voter to the state's online voter registration system at https://my-vote.wi.gov/en-us/. You need to fill in only Box 1 and Box 2 or 3 or go directly to the MyVote website.

## Wyoming

Updated: 03-01-2006

Wyoming by law, cannot accept this form unless State law is changed.

The public reporting burden for this collection of information, OMB Control No. 3265-0015, is estimated to average 7 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to

U.S. Election Assistance Commission, 633 3rd Street NW, Suite 200, Washington, DC 20001, Attn: National Mail Voter Registration Form.

Respondents should be aware that not-withstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

OMB Control No. 3265-0015                    22