# Exhibit 2

ACT 500

2024 Regular Session

SENATE BILL NO. 436

BY SENATORS FESI, BASS, CLOUD, EDMONDS, HENRY, HODGES, MIGUEZ, MORRIS, SEABAUGH, STINE AND TALBOT



RECEIVED

MAY 3 1 2024



By: ____
Governor's Office

Time: 11:12 am

**ORIGINATED**

**IN THE**

**SENATE**

RECEIVED

JUN 1 4 2024

SECRETARY OF STATE
ELECTION SERVICES

S-213 (R/83)

SECRETARY OF THE SENATE

2024 Regular Session                                    **ENROLLED**

SENATE BILL NO. 436

BY SENATORS FESI, BASS, CLOUD, EDMONDS, HENRY, HODGES, MIGUEZ, MORRIS, SEABAUGH, STINE AND TALBOT

AN ACT

To amend and reenact R.S. 18:104(D) and to enact R.S. 18:102(A)(3), relative to voter registration; to provide relative to ineligible persons; to require proof of United States citizenship with an application for registration; to provide for an effective date; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:104(D) is hereby amended and reenacted and R.S. 18:102(A)(3) is hereby enacted to read as follows:

§102. Ineligible persons

A. No person shall be permitted to register or vote who is:

\*        \*        \*

**(3) Not a citizen of the United States of America.**

\*        \*        \*

§104. Application for registration; form

\*        \*        \*

D.**(1)** The form shall include the questions "Are you a citizen of the United States of America?" and "Will you be 18 years of age on or before election day?" and the statement "If you checked 'no' in response to either of these questions, do not complete the form.".

Page 1 of 2
Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 436                                                        **ENROLLED**

**(2) Each applicant shall include with his application proof of United States citizenship.**

\*     \*     \*

Section 2. This Act shall become effective on January 1, 2025.

_____

PRESIDENT OF THE SENATE

_____

SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____

GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _Angélique Freel June 11, 2024_

Page 2 of 2

Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.