# Exhibit 3

# SECRETARY OF STATE

**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

January 30, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:     Notice of Changes to Voter Eligibility Requirements and Request for Modification to Louisiana-Specific Instructions on the National Mail Voter Registration Application Form

Dear Ms. Schletz,

On behalf of the State of Louisiana and the chief election official, I am writing to inform the Election Assistance Commission ("EAC") that there are changes to certain state voter eligibility requirements or other information required by the State to process voter registration applications. More specifically, Act 500 of the 2024 Regular Session of the Louisiana Legislature ("Act 500") amended LA. R.S. 18:104(D)(2) to require that each applicant submitting a voter registration application include with his application proof of United States citizenship. The effective date of these changes was January 1, 2025; therefore, this notice is submitted to you within 30 days of such change and is timely.

Because Act 500 requires voter registration applicants in Louisiana include with their application proof of United States citizenship, I am writing to request that the EAC revise the state-specific instructions for Louisiana in the National Voter Registration Mail Application Form (the "Federal Form"). The Federal Form needs to be altered to include information the State of Louisiana has deemed necessary to enable state election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with state law. For additional context and explanation of these proposed revisions, I have included two declarations to this correspondence.

In addition to amending the state-specific instructions in the Federal Form, the Louisiana Voter Registration Application will need to be amended to include the changes requested herein. It is not feasible for Louisiana to maintain a dual voter registration system. As a result, it will be more efficient to amend the State form following the approval by the EAC of these changes. Because it will take us approximately six months to implement revisions to the State form, we are requesting an effective date of January 15, 2026, for the requested revisions, and a decision from the EAC no later than July 1, 2025, if feasible.

## State Specific Instructions

Louisiana requests the following revisions, identified as Option 1(A), to the state-specific instructions in order to comply with Act 500 and the National Voter Registration Act ("NVRA"). I am also including an alternative revision, identified as Option 1(B), which is the same as Option 1(A) except that the place of birth and unique immigration identifier would be attached as a separate document instead of being written in box 6. I am including Option 1(B) for consideration only in the event that it is determined that box 6, in its current or revised format, cannot accommodate an applicant's ID number, place of birth, and unique immigration identifier, where applicable.

In addition to the changes required to comply with Act 500, Louisiana is also requesting certain stylistic revisions to the instructions to improve readability for the applicant by ensuring consistency in the use of "you" and "your" when referring to the applicant.

- **Option 1(A).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

  "6. ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant~~ you do not have ~~has neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you shall also provide in box 6 your place of birth (State/Province, Country) and, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

- **Option 1(B).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

"6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant has~~ you do not have ~~neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country) and, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

Because this information is necessary to enable state election officials to verify the eligibility of an applicant, your prompt consideration of this request is appreciated. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel

3

## DECLARATION OF NANCY LANDRY

I, Nancy Landry, hereby state, under penalty of perjury, that the following information is true to my knowledge, information, and belief:

1. I am over the age of 18 years, competent to testify to the matters contained herein, and make this declaration based upon my personal knowledge and experience.

2. I am Louisiana's Secretary of State, having been elected on November 18, 2023. Prior to being elected as Secretary of State, I served as the First Assistant Secretary of State for four years, where I advised the previous Secretary of State on policy and legislative matters. In 2021, I was certified as an Elections Registration Administrator.

3. Louisiana law requires applicants seeking to register to vote in Louisiana to be citizens of Louisiana and of the United States. La. Const. art. 1, sec. 10; La. R.S. 18:102. In 2022, the Louisiana Legislature passed a constitutional amendment establishing United States citizenship as a requirement to register to vote. *See* Act 279 of the 2022 Regular Session of the Louisiana Legislature. This amendment was approved by 73 percent of Louisiana voters voting in the December 10, 2022, election. The constitutional amendment was subsequently codified in statute through Act 500 of the 2024 Regular Session of the Louisiana Legislature.

4. In 1993, the United States Congress passed the National Voter Registration Act ("NVRA"). 42 U.S.C. § 1973gg *et seq., transferred to* 52 U.S.C. § 20501 *et seq.* The NVRA requires the Elections Assistance Commission ("EAC") to develop a mail voter registration application form (the "Federal Form") in consultation with the chief election officers of the States. 52 U.S.C. 20508(a)(2). The Federal Form does not require applicants to provide evidence of citizenship but requires an attestation that the applicant is a citizen, and the applicant's signature under penalty of perjury. 52 U.S.C. § 20508(b)(2).

5. In 2002, the United States Congress passed the Help America Vote Act of 2002 ("HAVA"). 52 U.S.C. § 20901 *et seq.* HAVA requires the chief election officers of the States to maintain, in a

uniform and nondiscriminatory manner, a single, uniform, official, centralized, interactive computerized statewide voter registration list defined, maintained, and administered at the State level that contains the name and registration information of every legally registered voter in the State and assigns a unique identifier to each legally registered voter in the State (the "computerized list"). 52 U.S.C. § 21083(a)(1)(A). The computerized list is required to be coordinated with other agency databases within the State. *Id.*, § 21083(a)(1)(A)(iv). All voter registration information obtained by any local election official in the State must be electronically entered into the computerized list on an expedited basis at the time the information is provided to the local official. *Id.*, § 21083(a)(1)(A)(vi). The chief State election official provides such support as may be required so that local election officials are able to enter information as described in clause (vi). *Id.*, § 21083(a)(1)(A)(vii). The computerized list is also required to serve as the official voter registration list for the conduct of all elections for Federal office in the State. *Id.*, § 21083(a)(1)(A)(viii).

6.   HAVA prohibits States from accepting or processing applications for voter registration for an election for Federal office unless the application meets the requirements of 52 U.S.C. § 21083(a)(5)(A)(i) or (ii). That subparagraph requires an applicant to include with their application their driver's license number or the last four digits of their social security number, or if an applicant does not have a driver's license or social security number, to be assigned a unique identifying number by States. States are also required to determine whether the information provided by an individual is sufficient to meet the requirements of the above-referenced subparagraph, in accordance with State law. The chief State election official and the official responsible for the State motor vehicle authority of a State are required to enter into an agreement to match information in the computerized list with information in the database of the motor vehicle authority to the extent required to enable each such official to verify the accuracy of the information provided on applications for voter registration. 52 U.S.C. § 21083(a)(5)(B)(i). The official responsible for

2

the State motor vehicle authority shall enter into an agreement with the Commissioner of Social Security under section 405(r)(9) of Title 42. *Id*, § 21083(a)(5)(B)(ii). 42 U.S.C. § 405(r)(9) authorizes the Commissioner of Social Security to share with the State driver's license agency whether the name, date of birth, and social security number of an individual provided to the Commissioner match the information contained in the Commissioner's records, and such individual is shown on the records of the Commissioner as being deceased.

7.  Louisiana law requires the Secretary of State to administer voter registration laws and to prescribe uniform rules, regulations, forms, and instructions to each registrar of voters. La. R.S. 18:18. The rules, regulations, forms, and instructions must be approved by the state Attorney General and are required to be consistent with the constitution and laws of the United States and Louisiana. *Id*. La. R.S. 18:104 requires the Secretary of State, subject to approval by the State Attorney General as to content, to prescribe the form used by each registrar and any other person authorized to accept voter registration applications. This statute sets forth the information required to be submitted with a voter registration application.

8.  In 2024, the Louisiana Legislature passed Act 500, which amended La. R.S. 18:104 to require each applicant to include with their voter registration application proof of United States citizenship. The requirements set forth in La. R.S. 18:104, including submission of proof of citizenship, enable Louisiana election officials to assess the eligibility of voter registration applicants and administer voter registration and other parts of the election process. A copy of Act 500 is attached hereto as Attachment A.

9.  The current process for verifying voter registration information in Louisiana is outlined in La. R.S. 18:101.1. That statute sets forth one process for applicants who have a Louisiana driver's license, Louisiana special identification card, or social security number and another process for applicants who do not have a Louisiana driver's license, Louisiana special identification card, or social security number.

3

10. Applicants who have a Louisiana driver's license, Louisiana special identification card, or social security number must have their registration information verified to ensure the information provided matches information maintained by the Louisiana Department of Public Safety and Corrections, Office of Motor Vehicles ("OMV") or the Social Security Administration ("SSA"), as authorized under HAVA. La. R.S. 18:101.1(A). If a match is made, the registrar of voters adds the applicant to the official list of voters and sends notice of registration to the applicant. If a match cannot be made, the registrar of voters notifies the applicant in writing that the applicant has ten days from the date the verification letter was mailed to respond and appear in person at the registrar's office to prove his identity and eligibility in order to be added to the official list of voters. *Id.*

11. Applicants who do not have a Louisiana driver's license, Louisiana special identification card, or social security number must have their information verified with a copy of a current and valid photo identification or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the applicant. La. R.S. 18:101.1(B). This secondary information enables Louisiana election officials to determine the identity and residence of the applicant, but it does not result in the submission of information sufficient to determine citizenship for all applicants. For example, if the name submitted with the voter registration application does not match OMV or SSA records, then citizenship status is unlikely to be verified. Applicants without a Louisiana driver's license, Louisiana special identification card, or social security number are unlikely to match the records of the OMV or SSA. Additionally, SSA records are not always reliable for determining citizenship; the database does not return an exact match for every applicant based solely on the last four digits of the social security number, instead sometimes returning non-matches or multiple matches.[1]

---

[1] *See, e.g.* Help America Vote Verification ("HAVV") Transactions by State, listing the response options. https://www.ssa.gov/data/havv/. The HAVV dataset for 2024 shows that in Louisiana, there were a total of 12,419 HAVV transactions, of which 2,155 produced non-matches. https://www.ssa.gov/data/havv/havv-totals-2024.html.

4

12. Louisiana also operates a statewide voter registration computer system for the registration of voters throughout the State – the Election and Registration Information Network ("ERIN"), *i.e.* the computerized list required by HAVA. LAC 31:II.101. ERIN contains the name and voter registration information of every legally registered voter in Louisiana, and Louisiana election regulations require registrars to use the ERIN system for processing voter registration application forms that are received from OMV. LAC 31:II.101, 305.

13. It is not feasible for Louisiana to implement a dual registration system using one form for State elections and another for Federal elections. Accepting two different forms would require Louisiana to maintain two separate computerized databases, which would be overly burdensome, costly, and potentially increase the number of errors made during the voter registration process. However, because Louisiana law requires applicants to include with their voter registration application proof of United States citizenship, there is a real potential for Federal Form applications to conflict with the requirements of Louisiana law. This places our election officials in the unfortunate position of potentially being out of compliance with either the NVRA or State law while processing applications. These conflicting instructions can be avoided by revising the state-specific instructions on the Federal Form, allowing applicants to include additional types of unique identifiers on the Federal Form and place of birth information that would enable election officials to comply with State and Federal law when assessing the eligibility of applicants.

14. The state-specific instructions for Louisiana were amended on the Federal Form in 2012, authorizing applicants who do not have a Louisiana driver's license number, Louisiana special identification card number, or social security number to attach one of the following to their applications: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the applicant. This requirement in the current instruction demonstrates the feasibility of applicants attaching additional information to the Federal Form. The requested

5

revisions would similarly allow applicants to include or attach additional information to the existing Form.

15. Louisiana is currently coordinating with State and Federal agencies and non-governmental organizations to access additional databases through which voter eligibility checks can be performed (*e.g.* the Louisiana Electronic Event Registration System ("LEERS"), through the Louisiana Department of Health ("LDH"), the Systematic Alien Verification for Entitlements ("SAVE"), through the U.S. Citizenship and Immigration Services ("USCIS"), and the Electronic Verification of Vital Events ("EVVE") software, through the National Association of Public Health Statistics and Information Systems ("NAPHSIS")). These databases would allow Louisiana election officials to verify voter eligibility, including for applicants who do not have a Louisiana driver's license or special identification card, and therefore cannot be verified through existing OMV data, before sending verification letters to applicants requesting additional information to prove identity and eligibility. This would alleviate the burden on applicants for whom matches cannot be made using existing information (as outlined above) to appear in person to prove eligibility and increase the speed at which these applicants can be verified and added to the official list of voters. Both objectives meet the purposes of the NVRA, including increasing the number of citizens who register to vote in elections for Federal office; allowing Louisiana election officials to implement the NVRA in a manner that enhances the participation of eligible citizens as voters in elections for Federal office; protecting the integrity of the electoral process; and ensuring that accurate and current voter registration rolls are maintained.

16. In order for Louisiana to utilize the information in these databases to assess the eligibility of voter registration applicants and administer voter registration and other parts of the election process in a timely and cost-efficient manner, Louisiana election officials require applicants to submit the information necessary to perform such checks and match applicants to existing records. For additional information about the information required to access SAVE and NAPHSIS and for

6

statistics on Louisiana's 2024 voter registration applicants, please see Declaration of Sherri Wharton Hadskey, Louisiana Commissioner of Elections.

17. To achieve the above-stated goal, Louisiana submitted a letter to the EAC requesting revisions to Louisiana's state-specific instruction on the Federal Form. Louisiana will also need to amend the state voter registration application to ensure compliance with state law. Revising the state application form, obtaining approval from the Louisiana Attorney General, and training election officials is a lengthy process. My office will implement these revisions to the state voter registration form once the EAC approves Louisiana's request to revise the state-specific instructions for Louisiana on the Federal Form. This will ensure consistency in voter registration application requirements and reduce the time, effort, and resources that might be required to make multiple changes to comply with state and Federal law. These changes are also necessary to enable State election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with State law.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2025, at Baton Rouge, Louisiana.

Nancy Landry
Louisiana Secretary of State

7

# Attachment A

2024 Regular Session **ACT No. 500** **ENROLLED**

SENATE BILL NO. 436

BY SENATORS FESI, BASS, CLOUD, EDMONDS, HENRY, HODGES, MIGUEZ, MORRIS, SEABAUGH, STINE AND TALBOT

AN ACT

To amend and reenact R.S. 18:104(D) and to enact R.S. 18:102(A)(3), relative to voter registration; to provide relative to ineligible persons; to require proof of United States citizenship with an application for registration; to provide for an effective date; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 18:104(D) is hereby amended and reenacted and R.S. 18:102(A)(3) is hereby enacted to read as follows:

§102. Ineligible persons

A. No person shall be permitted to register or vote who is:

\* \* \*

**(3) Not a citizen of the United States of America.**

\* \* \*

§104. Application for registration; form

\* \* \*

D.**(1)** The form shall include the questions "Are you a citizen of the United States of America?" and "Will you be 18 years of age on or before election day?" and the statement "If you checked 'no' in response to either of these questions, do not complete the form.".

Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.

SB NO. 436                                                    **ENROLLED**

**(2) Each applicant shall include with his application proof of United**

**States citizenship.**

*        *        *

Section 2. This Act shall become effective on January 1, 2025.


_____
PRESIDENT OF THE SENATE


_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES


_____
GOVERNOR OF THE STATE OF LOUISIANA


APPROVED: _____

Coding: Words which are struck through are deletions from existing law; words in **boldface type and underscored** are additions.

## DECLARATION OF SHERRI WHARTON HADSKEY

I, Sherri Warton Hadskey, hereby state, under penalty of perjury, that the following information is true to my knowledge, information, and belief:

1. I am over the age of 18 years, competent to testify to the matters contained herein, and make this declaration based upon my personal knowledge and experience.

2. I am the Commissioner of Elections, Election Division, Louisiana Office of the Secretary of State, and I have been in this position since August 2017. Prior to becoming the Commissioner of Elections, I worked in election administration for over 30 years. I began working in administration of elections in Louisiana in 1986 as a student worker for the Department of Elections and Registrations for the State of Louisiana and continued working in that Department until 2004 when the Department of Elections and Registration was abolished, and all of its functions were merged into the Office of the Secretary of State. I have been involved in election work in the areas of elections purchasing, registration, accounting, IT, and programming.

3. In 2005, I was appointed Director of Elections within the Office of the Secretary of State and served in that capacity until I was appointed Commissioner of Elections in 2017.

4. In 2005, I was a member of the committee that selected election equipment for the State of Louisiana, and my duties included implementation of the entire system for the State, including training all registrars of voters, clerks of court, and field staff personnel, oversight of acceptance, testing and delivery of all equipment, voter outreach on new equipment, and knowledge of the entire electronic system to program the machines.

5. In 2017, upon completion of a two-year educational curriculum for elections administrators, I received a certification as a Certified Elections Registration Administrator from The Election Center.

6. In January 2017, I received the Dunbar Award for Civil Service, which is the highest honor a classified employee can receive for service to the citizens of Louisiana.

7. Currently, in my position as the Commissioner of Elections in Louisiana, I have approximately 235 people working under my supervision all over the State in the fields of election

services, election field operation, and elections IT/programming. In the course and scope of my duties, I work closely with parish registrars of voters. We provide administrative support and direct assistance to the 64 registrars across the State, and we work closely with them on the administration of absentee by mail voting and early voting for each election. I do not have direct control over the parish registrars, but we work with them on the conducting of the annual canvass of registered voters and on the maintenance of lists for registration and other records.

8. As Commissioner of Elections, I am familiar with the procedures for registration and voting in this State. It is primarily my responsibility to ensure that the elections run on schedule, and that all deadlines for election administration are met. I also work with the Secretary of State to implement any election related laws, supervise the conduct of orderly, fair, and open elections, and ensure that elections in Louisiana are administered in such a way as to preserve the integrity of, and protect the public confidence in, the democratic process.

9. I am also responsible for implementing Act 500, which was enacted by the Louisiana Legislature during its 2024 Regular Session and requires voters to include proof of United States citizenship with their voter registration application. The requirements set forth in La. R.S. 18:104, as amended, enable Louisiana election officials to assess the eligibility of voter registration applicants and administer voter registration and other parts of the election process.

10. Louisiana operates a statewide voter registration computer system for the registration of voters throughout the state – the Election and Registration Information Network ("ERIN"). ERIN contains the name and voter registration information of every legally registered voter in Louisiana, and Louisiana election regulations require the registrars of voters to use the ERIN system for processing voter registration application forms that are received from the Louisiana Office of Motor Vehicles ("OMV"). LAC 31:II.101, 305. New applicants are added to the ERIN database, and registrars determine whether the registration information can be verified and the applicant is eligible to vote. If the registration information provided does not match information maintained by OMV or the Social Security Administration ("SSA"), the registrar of voters notifies the applicant in writing and provides the applicant ten days from the date on which the verification letter was

2

mailed to response to the verification letter with additional information. La. R.S. 18:101.1. If the registrar determines that the additional information provided by the applicant cannot be verified, the registrar notifies the applicant in writing that they have ten days from the date on which the final verification letter was mailed to appear in person to prove their identity. *Id.*

11. Applicants who do not have a Louisiana driver's license, Louisiana special identification card, or social security number must have their information verified with a copy of a current and valid photo identification or a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows the name and address of the applicant. *Id.* This secondary information enables Louisiana election officials to determine the identity and residence of the applicant, but it does not result in the submission of information sufficient to determine citizenship for all applicants. Applicants without a Louisiana driver's license, Louisiana special identification card, or social security number are unlikely to match the records of the OMV or SSA. SSA records are also not always reliable for determining citizenship because the SSA database does not return an exact match for every applicant based solely on the last four digits of the social security number, instead sometimes returning non-matches or multiple matches.[1]

12. According to information provided to me by the Administrator of Information Technology, Louisiana Office of the Secretary of State, in calendar year 2024, 217,759 individuals registered to vote in Louisiana. 193,612 applicants provided a Louisiana driver's license or special identification card number and social security number; 12,294 applicants provided a Louisiana driver's license or special identification number but no social security number; 11,724 applicants provided only their social security number; and 129 applicants provided no Louisiana driver's license or special identification card number and no social security number. This means that while most applicants registering to vote in Louisiana can be verified and eligibility determined using information available to election officials, approximately 5.4% of applicants in 2024 were likely

---

[1] *See, e.g.* Help America Vote Verification ("HAVV") Transactions by State, listing the response options. https://www.ssa.gov/data/havv/. The HAVV dataset for 2024 shows that in Louisiana, there were a total of 12,419 HAVV transactions, of which 2,155 produced non-matches. https://www.ssa.gov/data/havv/havv-totals-2024.html.

3

required to submit additional information to the registrar of voters, after receipt of a verification letter, to have their eligibility assessed and verified. As part of ongoing efforts to improve election integrity in Louisiana, Louisiana wants to ensure that election officials are complying with State law and the National Voter Registration Act ("NVRA"). This includes increasing the number of citizens who register to vote in elections and timely processing voter registration applications.

13. To accomplish this objective, Louisiana is currently coordinating with state and Federal agencies and non-governmental organizations to access additional databases through which voter eligibility checks can be performed (*e.g.* the Louisiana Electronic Event Registration System ("LEERS"), through the Louisiana Department of Health ("LDH"), the Systematic Alien Verification for Entitlements ("SAVE"), through the U.S. Citizenship and Immigration Services ("USCIS"), and the Electronic Verification of Vital Events ("EVVE") software, through the National Association of Public Health Statistics and Information Systems ("NAPHSIS")). These databases would allow Louisiana election officials to verify voter eligibility, including applicants who do not have a Louisiana driver's license or special identification card, and therefore cannot be verified through existing OMV data, before sending verification letters to applicants requesting additional information to prove identity and eligibility.

14. LEERS is a web-based system that allows users to register and process vital records in Louisiana. It maintains records of births and deaths, among other things, and can be used to verify place of birth and other vital records' information for Louisiana citizens.

15. According to the USCIS *Voter Registration and Voter List Maintenance Fact Sheet*,[2] SAVE verifies citizenship for citizens who have completed the naturalization process or who have acquired U.S. citizenship and applied for and received a Certificate of Citizenship from USCIS or a predecessor agency. SAVE searches federal immigration databases using identifiers input by the user agency from an applicant's immigration or citizenship documents, including A-number/USCIS Number and Naturalization/Citizenship Certificate Number. SAVE cannot verify

---

[2]   Available   at   https://www.uscis.gov/save/current-user-agencies/guidance/voter-registration-and-voter-list-maintenance-fact-sheet.

an individual's naturalized or acquired citizenship status using a social security number, driver's license number, U.S. passport number, Consular Report of Birth Abroad, or other non-DHS documentation. SAVE also cannot verify U.S. citizenship using only the applicant's name and date of birth. Louisiana election officials will need to obtain and submit one or more citizenship or immigration enumerators along with the first and last name and date of birth of the applicant. State election officials must complete a SAVE Memorandum of Agreement with USCIS that identifies the legal authorities, processes, and requirements for verification of naturalized and acquired U.S. citizenship for voter registration, voter list maintenance, or both, and user agencies must agree to pay transaction charges. For non-Federal agencies, these charges are currently $1.50 per search for fiscal year 2025.[3]

16. NAPHSIS is a nonprofit organization that enables the secure exchange of U.S. public health data through a secure platform. Organizations, Federal agencies, and State and local agencies, including departments of motor vehicles, Medicaid offices, and elections offices can verify birth and death information for individuals using the EVVE software. EVVE is a query-based tool that allows organizations to verify or certify a known vital event by matching identity against U.S. birth certificate databases. The system sends real-time inquiries to participating states and jurisdictions to confirm information.

17. Maintaining a dual registration system using one form for State elections and another for Federal elections would be overly burdensome and costly and is not feasible for Louisiana. It is critical to implement a voter registration process that allows our election officials to comply with the NVRA and state law, timely process voter registration applications, and assess the eligibility of voter registration applicants. While it is not common for Federal elections in Louisiana to be decided by a narrow vote, it is common for State and local elections to be decided by narrow margins. Attached is a report, identified as Attachment A, for 2024 Louisiana State elections that shows approximately 70 elections that were decided by less than 30 votes. Because Louisiana

---

[3] https://www.uscis.gov/save/about-save/transaction-charges.

5

election officials accept and use the Federal Form to register voters for State and Federal elections, the revisions to Louisiana's state-specific instructions on the Federal Form requested in Louisiana's letter to the EAC are necessary to enable State election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with State law.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 30, 2025, at Baton Rouge, Louisiana.

Sherri Hadskey
Louisiana Commissioner of Elections

6

# Attachment A

Case 3:26-cv-01191-TAD-KDM    Document 1-4    Filed 04/14/26    Page 22 of 47 PageID #: 81

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH**: Multi-Parish | | | | | | | | |
| DSCC Member -- 6th Representative District, Office "A" | 1 to be Elected | | | | | | | |
| Oldham | Alana | N | DEM | | 1,344 | 528 | 39.29 % | |
| Steele | Nita | N | DEM | | 1,344 | 498 | 37.05 % | 30 |
| DSCC Member -- 12th Representative District, Office "B" | 1 to be Elected | | | | | | | |
| Skains | Reggie | N | DEM | | 760 | 397 | 52.24 % | |
| Cable | Conrad | N | DEM | | 760 | 194 | 25.53 % | |
| Eunice | Benjamin | N | DEM | | 760 | 169 | 22.24 % | 25 |
| DSCC Member -- 84th Representative District, Office "B" | 1 to be Elected | | | | | | | |
| Lee | Byron | N | DEM | | 984 | 620 | 63.01 % | |
| Mitchell | Jon | N | DEM | | 984 | 187 | 19.00 % | |
| Flowers | Michael | Y | DEM | | 984 | 177 | 17.99 % | 10 |
| DSCC Member -- 87th Representative District, Office "B" | 1 to be Elected | | | | | | | |
| Lyons | Rodney | N | DEM | | 1,743 | 757 | 43.43 % | |
| Shepherd | Derrick | Y | DEM | | 1,743 | 757 | 43.43 % | |
| DSCC Member -- 89th Representative District, Office "B" | 1 to be Elected | | | | | | | |
| Fontaine | B.J. | N | DEM | | 1,053 | 532 | 50.52 % | |
| Millet | Glenn David | Y | DEM | | 1,053 | 521 | 49.48 % | 11 |
| RSCC Member -- District 1G | 1 to be Elected | | | | | | | |
| Bayham | "Mike" | N | REP | | 768 | 378 | 49.22 % | |
| Owen | Robert "Bob" | N | REP | | 768 | 206 | 26.82 % | |
| Garofalo | "Ray" | N | REP | | 768 | 184 | 23.96 % | 22 |
| RSCC Member -- District 2A | 1 to be Elected | | | | | | | |
| Prudhomme | James L. | N | REP | | 704 | 263 | 37.36 % | |
| Callais | "Bert" | N | REP | | 704 | 259 | 36.79 % | 4 |
| RSCC Member -- District 3A | 1 to be Elected | | | | | | | |
| Stephens | Justin | N | REP | | 320 | 123 | 38.44 % | |
| Harsch | Lloyd A. | N | REP | | 320 | 61 | 19.06 % | |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| Ensenat | Mary "Lynda" | N | REP | | 320 | 58 | 18.13 % | 3 |
| Swain | Stephen | Y | REP | | 320 | 57 | 17.81 % | 4 |
| RSCC Member -- District 4B | 1 to be Elected | | | | | | | |
| Brickman | Philip C. "Phil" | N | REP | | 428 | 144 | 33.64 % | |
| Bruneau | Adrian | N | REP | | 428 | 138 | 32.24 % | 6 |
| RSCC Member -- District 5A | 1 to be Elected | | | | | | | |
| Kepper | David | Y | REP | | 263 | 123 | 46.77 % | |
| Ruona | Terrance | N | REP | | 263 | 97 | 36.88 % | 26 |
| RSCC Member -- District 5B | 1 to be Elected | | | | | | | |
| Cook | John R. | Y | REP | | 273 | 150 | 54.95 % | |
| McEnery | Elizabeth C. | N | REP | | 273 | 123 | 45.05 % | 27 |
| RSCC Member -- District 9A | 1 to be Elected | | | | | | | |
| Leone | Allen "Al" | Y | REP | | 946 | 478 | 50.53 % | |
| Serio | Vinson "Vince" | Y | REP | | 946 | 468 | 49.47 % | 10 |
| RSCC Member -- District 9B | 1 to be Elected | | | | | | | |
| Brocato | Salvador "Sal" | N | REP | | 919 | 373 | 40.59 % | |
| Theriot | "Debbie" | N | REP | | 919 | 285 | 31.01 % | |
| Donnelly | Bruce P. | Y | REP | | 919 | 261 | 28.40 % | 24 |
| RSCC Member -- District 11A | 1 to be Elected | | | | | | | |
| Strate | "Mike" | Y | REP | | 1,025 | 523 | 51.02 % | |
| Hamm | "Larry" | N | REP | | 1,025 | 502 | 48.98 % | 21 |
| RSCC Member -- District 12A | 1 to be Elected | | | | | | | |
| Varnado | Micheal G. | N | REP | | 557 | 285 | 51.17 % | |
| Christmas | Charles D. "Boo" | Y | REP | | 557 | 272 | 48.83 % | 13 |
| RSCC Member -- District 13A | 1 to be Elected | | | | | | | |
| Keen | Maurice "Scooter" | Y | REP | | 707 | 359 | 50.78 % | |
| Lasher | Michael "Mike" | N | REP | | 707 | 348 | 49.22 % | 11 |
| RSCC Member -- District 14A | 1 to be Elected | | | | | | | |
| Chittom | Michael | Y | REP | | 428 | 178 | 41.59 % | |
| Savoy | Hunter | N | REP | | 428 | 113 | 26.40 % | |
| Kitchin | Jamie Messina | N | REP | | 428 | 94 | 21.96 % | 19 |

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| RSCC Member -- District 23B | 1 to be Elected | | | | | | | |
| Angers | "Tom" | N | REP | | 744 | 263 | 35.35 % | |
| Benoit | Susan | N | REP | | 744 | 207 | 27.82 % | |
| Escalona | Daniel Todd | Y | REP | | 744 | 179 | 24.06 % | 28 |
| RSCC Member -- District 23C | 1 to be Elected | | | | | | | |
| Linde | Joyce | Y | REP | | 551 | 280 | 50.82 % | |
| Supple | Jeremiah | N | REP | | 551 | 271 | 49.18 % | 9 |
| RSCC Member -- District 28F | 1 to be Elected | | | | | | | |
| Johnson | Carolyn | N | REP | | 962 | 483 | 50.21 % | |
| Cavell | Kevin | Y | REP | | 962 | 479 | 49.79 % | 4 |
| RSCC Member -- District 36D | 1 to be Elected | | | | | | | |
| Wyche | Thomas C. | N | REP | | 506 | 254 | 50.20 % | |
| Lombardino | Frank "Rusty" | Y | REP | | 506 | 252 | 49.80 % | 2 |

## Louisiana Secretary of State
### Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: AVOYELLES-05** | | | | | | | | |
| DPEC Member -- District 2 | 1 to be Elected | | | | | | | |
| Greenhouse | Cheryl | N | DEM | | 52 | 39 | 75.00 % | |
| Obrien | Dennis | Y | DEM | | 52 | 13 | 25.00 % | 26 |

## Louisiana Secretary of State
## **Races with Close Results**
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: BIENVILLE-07** | | | | | | | | |
| Aldermen -- Village of Saline | 3 to be Elected | | | | | | | |
| Parker | Marvin "Buddy" | Y | NOPTY | | 113 | 26 | 23.01 % | |
| Rogers | Jimmie R. | N | IND | | 113 | 24 | 21.24 % | |
| Matthews | Brenda | Y | NOPTY | | 113 | 22 | 19.47 % | |
| Slayton | Robert "RD" | Y | NOPTY | | 113 | 22 | 19.47 % | |
| Branch | Brandy | Y | IND | | 113 | 19 | 16.81 % | 3 |

## Louisiana Secretary of State
## **Races with Close Results**
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: BOSSIER-08** | | | | | | | | |
| DPEC Member -- District 10 | 1 to be Elected | | | | | | | |
| Giles | Mary A. | N | DEM | | 143 | 76 | 53.15 % | |
| Ross | Debra W. | N | DEM | | 143 | 67 | 46.85 % | 9 |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: CADDO-09** | | | | | | | | |
| RPEC Member -- District 5 | 1 to be Elected | | | | | | | |
| Ersoff | Elizabeth Spence | N | REP | | 137 | 78 | 56.93 % | |
| Little | "Don" | N | REP | | 137 | 59 | 43.07 % | 19 |
| Alderman -- District 2, Town of Greenwood | 1 to be Elected | | | | | | | |
| Steele | Jerry H. | N | REP | | 113 | 69 | 61.06 % | |
| Coon | Shelby | N | IND | | 113 | 44 | 38.94 % | 25 |
| Alderman -- District 4, Town of Greenwood | 1 to be Elected | | | | | | | |
| Cox | David | N | REP | | 118 | 59 | 50.00 % | |
| Driggers | "Brad" | N | REP | | 118 | 59 | 50.00 % | |

## Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: CALDWELL-11** | | | | | | | | |
| Chief of Police -- Town of Columbia | 1 to be Elected | | | | | | | |
| Cain | Cody | N | REP | | 115 | 61 | 53.04 % | |
| Meredith | Sedric | N | DEM | | 115 | 54 | 46.96 % | 7 |
| Councilmen -- Town of Columbia | 5 to be Elected | | | | | | | |
| Williamson | Weston "Wes" | Y | REP | | 462 | 86 | 18.61 % | |
| Carroll | Sonja | N | REP | | 462 | 81 | 17.53 % | |
| Brown | Penny Hillestad | N | IND | | 462 | 70 | 15.15 % | |
| Crockett | Bonnie M. | Y | DEM | | 462 | 63 | 13.64 % | |
| Robinson | Betty | N | DEM | | 462 | 62 | 13.42 % | |
| Quimby-Christian | Rachel | N | IND | | 462 | 50 | 10.82 % | 12 |
| Stuart | James C. | Y | IND | | 462 | 50 | 10.82 % | 12 |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: CONCORDIA-15** | | | | | | | | |
| Mayor -- Town of Ferriday | 1 to be Elected | | | | | | | |
| Garrison | Alvin | N | DEM | | 961 | 467 | 48.60 % | |
| Bazile | "Joey" | N | DEM | | 961 | 169 | 17.59 % | |
| Elaine-Jones | DeBorah | N | DEM | | 961 | 151 | 15.71 % | 18 |
| Alderman -- District 1, Town of Vidalia | 1 to be Elected | | | | | | | |
| McCoy | Triand "Tron" | N | DEM | | 321 | 182 | 56.70 % | |
| Washington | Christine | N | DEM | | 321 | 55 | 17.13 % | |
| Fitzgerald | Chakatria Johnson | N | DEM | | 321 | 36 | 11.21 % | 19 |
| Cage | Bonita D. | N | NOPTY | | 321 | 31 | 9.66 % | 24 |
| Alderman -- District A, Town of Ferriday | 1 to be Elected | | | | | | | |
| Walker | Dra'Carl | N | DEM | | 163 | 95 | 58.28 % | |
| Bacon | Brandi | Y | DEM | | 163 | 68 | 41.72 % | 27 |
| Alderman -- District B, Town of Ferriday | 1 to be Elected | | | | | | | |
| Bryan | Devin | N | DEM | | 228 | 92 | 40.35 % | |
| Schiele | Devonte M. | N | NOPTY | | 228 | 74 | 32.46 % | 18 |
| Alderman -- District E, Town of Ferriday | 1 to be Elected | | | | | | | |
| Lloyd | Gloria | Y | DEM | | 115 | 67 | 58.26 % | |
| Green | Essie Carter | N | DEM | | 115 | 35 | 30.43 % | |
| Tumer | David | N | IND | | 115 | 13 | 11.30 % | 22 |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: EAST BATON ROUGE-17** | | | | | | | | |
| DPEC Member -- District 9 | 1 to be Elected | | | | | | | |
| Ellis | Crystal | N | DEM | | 877 | 453 | 51.65 % | |
| Price | Courtney | N | DEM | | 877 | 424 | 48.35 % | 29 |
| DPEC Member -- District 11 | 1 to be Elected | | | | | | | |
| Victorian | Ana | N | DEM | | 983 | 497 | 50.56 % | |
| Russ | Amber | N | DEM | | 983 | 486 | 49.44 % | 11 |
| RPEC Member -- District 5 | 1 to be Elected | | | | | | | |
| Thomas | Barbara Jo | N | REP | | 91 | 46 | 50.55 % | |
| Thomas | Amber | N | REP | | 91 | 45 | 49.45 % | 1 |
| Councilmember -- District 4, City of Baker | 1 to be Elected | | | | | | | |
| Young | Robert | Y | DEM | | 408 | 190 | 46.57 % | |
| Jackson | Toni | N | DEM | | 408 | 160 | 39.22 % | 30 |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: EAST FELICIANA-19** | | | | | | | | |
| Chief of Police – Town of Slaughter | 1 to be Elected | | | | | | | |
| Henderson | Howard | N | NOPTY | | 334 | 210 | 62.87 % | |
| Davis | Chance | N | REP | | 334 | 75 | 22.46 % | |
| Beavers | Joseph | N | DEM | | 334 | 49 | 14.67 % | 26 |
| Aldermen – Town of Slaughter | 5 to be Elected | | | | | | | |
| Paxton | "Nyki" | Y | REP | | 1,354 | 237 | 17.50 % | |
| Hobgood | Allen | N | REP | | 1,354 | 227 | 16.77 % | |
| Landry | Lynn P. | N | REP | | 1,354 | 163 | 12.04 % | |
| Fleming | Adele | Y | NOPTY | | 1,354 | 162 | 11.96 % | |
| Soileau | Craig | N | REP | | 1,354 | 160 | 11.82 % | |
| Semplonius | Scott | N | REP | | 1,354 | 150 | 11.08 % | 10 |
| LaCour | Hypatia G. "Patia" | N | REP | | 1,354 | 133 | 9.82 % | 27 |
| Mem(s)., Bd. of Trustees -- Town of Jackson | 5 to be Elected | | | | | | | |
| McCrory | James "Bubba" | N | IND | | 1,358 | 212 | 15.61 % | |
| Guillory | David | Y | NOPTY | | 1,358 | 203 | 14.95 % | |
| Harrell | Michael | Y | DEM | | 1,358 | 201 | 14.80 % | |
| Free | William | Y | REP | | 1,358 | 163 | 12.00 % | |
| Allen | Fred | N | REP | | 1,358 | 149 | 10.97 % | |
| Brown | "Dane" | N | NOPTY | | 1,358 | 149 | 10.97 % | |
| Griffin | Joseph D. | N | DEM | | 1,358 | 144 | 10.60 % | 5 |
| Stewart | "Rafe" | Y | DEM | | 1,358 | 137 | 10.09 % | 12 |

Case 3:26-cv-01191-TAD-KDM    Document 1-4    Filed 04/14/26    Page 33 of 47 PageID #: 92

## Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: IBERVILLE-24** | | | | | | | | |
| Council Member(s) – City of St. Gabriel | 1 to be Elected | | | | | | | |
| Smith | Okedria | N | DEM | | 901 | 311 | 34.52 % | |
| Johnson | Randall | N | DEM | | 901 | 246 | 27.30 % | |
| Grace | Ronald "Ronnie" | N | DEM | | 901 | 229 | 25.42 % | 17 |

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH:** JACKSON-25 | | | | | | | | |
| Village of Chatham -- COP Elected to Appointed - M&VC | | | | | | | | |
| | | | | | 41 | 25 | 60.98 % | |
| | | | | | 41 | 16 | 39.02 % | 9 |

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: JEFFERSON-26** | | | | | | | | |
| RPEC Member(s) -- District 5 | 5 to be Elected | | | | | | | |
| Rooney | "Pat" | N | REP | | 19,902 | 3,789 | 19.04 % | |
| LaBruzzo | John | N | REP | | 19,902 | 3,392 | 17.04 % | |
| Leone | Allen | Y | REP | | 19,902 | 3,233 | 16.24 % | |
| Congemi | Mildred | Y | REP | | 19,902 | 2,874 | 14.44 % | |
| Polito | Paula | N | REP | | 19,902 | 2,603 | 13.08 % | |
| Anderson | Mary L. | N | REP | | 19,902 | 2,583 | 12.98 % | 20 |
| Council Member -- Seat A, Town of Grand Isle | 1 to be Elected | | | | | | | |
| Cheramie | James | N | DEM | | 562 | 175 | 31.14 % | |
| Resweber | "Scooter" | N | DEM | | 562 | 134 | 23.84 % | |
| Wilson | "Jimmie" | N | REP | | 562 | 133 | 23.67 % | 1 |
| Verdin | Chissa | N | DEM | | 562 | 120 | 21.35 % | 14 |
| Council Member -- Seat B, Town of Grand Isle | 1 to be Elected | | | | | | | |
| Stelly | Harley Landry | N | REP | | 567 | 295 | 52.03 % | |
| Besson | Kelly "Pete" | Y | REP | | 567 | 272 | 47.97 % | 23 |

## Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: LIVINGSTON-32** | | | | | | | | |
| DPEC Member -- District 5 | 1 to be Elected | | | | | | | |
| James | Keosha | N | DEM | | 115 | 59 | 51.30 % | |
| Gonzales | Jordan | N | DEM | | 115 | 56 | 48.70 % | 3 |
| RPEC Member(s) -- at Large | 5 to be Elected | | | | | | | |
| Babcock | Derek | Y | REP | | 27,691 | 3,624 | 13.09 % | |
| McMorris | "Ron" | N | REP | | 27,691 | 3,483 | 12.58 % | |
| Mack | Shane | Y | REP | | 27,691 | 3,352 | 12.11 % | |
| Shumate | Joe | Y | REP | | 27,691 | 2,889 | 10.43 % | |
| Coates | Dean | N | REP | | 27,691 | 2,487 | 8.98 % | |
| Taylor | Shelly | N | REP | | 27,691 | 2,470 | 8.92 % | 17 |
| RPEC Member -- District 3 | 1 to be Elected | | | | | | | |
| Keen | Maurice "Scooter" | N | REP | | 787 | 395 | 50.19 % | |
| Comeaux | "Tee" | N | REP | | 787 | 392 | 49.81 % | 3 |
| RPEC Member -- District 7 | 1 to be Elected | | | | | | | |
| Henderson | "Tim" | N | REP | | 801 | 414 | 51.69 % | |
| Sanders | Nathan | N | REP | | 801 | 387 | 48.31 % | 27 |

## Louisiana Secretary of State
### Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: NATCHITOCHES-35** | | | | | | | | |
| Mayor -- Village of Clarence | 1 to be Elected | | | | | | | |
| Braxton | Marques | N | DEM | | 154 | 88 | 57.14 % | |
| Oglesby | Leslie | Y | REP | | 154 | 66 | 42.86 % | 22 |
| Chief of Police -- Village of Clarence | 1 to be Elected | | | | | | | |
| Joseph | Demetric | N | DEM | | 153 | 79 | 51.63 % | |
| Milstead | James | N | REP | | 153 | 74 | 48.37 % | 5 |
| Aldermen -- Village of Clarence | 3 to be Elected | | | | | | | |
| Grayson | Shanita | N | DEM | | 375 | 99 | 26.40 % | |
| Payton | Caltren | N | DEM | | 375 | 75 | 20.00 % | |
| Chatman | Tamala T | Y | DEM | | 375 | 54 | 14.40 % | |
| Kelsey | Scheryl | Y | REP | | 375 | 51 | 13.60 % | 3 |
| McWright | Aretha | Y | DEM | | 375 | 49 | 13.07 % | 5 |
| Jennings | Billy | N | DEM | | 375 | 47 | 12.53 % | 7 |

## Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: OUACHITA-37** | | | | | | | | |
| Aldermen -- Town of Richwood | 5 to be Elected | | | | | | | |
| Fleming | Janice | Y | DEM | | 1,194 | 175 | 14.66 % | |
| Ross | Deneitra L. | N | DEM | | 1,194 | 145 | 12.14 % | |
| Richard | Donald | N | DEM | | 1,194 | 140 | 11.73 % | |
| Profit | Simeon | Y | IND | | 1,194 | 136 | 11.39 % | |
| Cleveland | Wysinger "Pep" | Y | DEM | | 1,194 | 134 | 11.22 % | |
| Harris | Edward L. | N | DEM | | 1,194 | 121 | 10.13 % | 13 |
| Amaker | Eric | N | DEM | | 1,194 | 119 | 9.97 % | 15 |
| Reed | Wilbert | Y | DEM | | 1,194 | 119 | 9.97 % | 15 |
| Profit | Ernest | N | REP | | 1,194 | 105 | 8.79 % | 29 |

Case 3:26-cv-01191-TAD-KDM    Document 1-4    Filed 04/14/26    Page 39 of 47 PageID #: 98

# Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: PLAQUEMINES-38** | | | | | | | | |
| Parishwide Prop. No. 2 of 7 (Pollution Control) -- 2.32 Mills Continuation - PC - 15 Yrs. | | | | | | | | |
| | | | | | 1,580 | 798 | 50.51 % | |
| | | | | | 1,580 | 782 | 49.49 % | 16 |

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: RED RIVER-41** | | | | | | | | |
| Chief of Police -- Village of Martin | 1 to be Elected | | | | | | | |
| Baxley | Brandon | N | REP | | 120 | 67 | 55.83 % | |
| Petersen | Lee | N | NOPTY | | 120 | 53 | 44.17 % | 14 |

# Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|-----------|-----------|---------|-------|--------|-------------|---------------------|----------------------|-----------------|
| **PARISH: SABINE-43** | | | | | | | | |
| Chief of Police -- Village of Florien | 1 to be Elected | | | | | | | |
| Anthony | Stuart | N | REP | | 179 | 91 | 50.84 % | |
| Love | Herman R. | Y | DEM | | 179 | 88 | 49.16 % | 3 |

## Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH:** ST. BERNARD-44 | | | | | | | | |
| RPEC Member(s) -- at Large | 5 to be Elected | | | | | | | |
| Garofalo | "Ray" | N | REP | | 2,605 | 566 | 21.73 % | |
| Oster | "Joe" | Y | REP | | 2,605 | 397 | 15.24 % | |
| Ruffino | "Rob" | N | REP | | 2,605 | 368 | 14.13 % | |
| Garofalo | Joan | Y | REP | | 2,605 | 362 | 13.90 % | |
| Thurman | Travis | N | REP | | 2,605 | 330 | 12.67 % | |
| Harris | Mildred "Millie" | N | REP | | 2,605 | 308 | 11.82 % | 22 |

## Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: ST. JOHN THE BAPTIST-48** | | | | | | | | |
| DPEC Member -- District 3 | 1 to be Elected | | | | | | | |
| Houston | Tammy | N | DEM | | 337 | 171 | 50.74 % | |
| Cook | Derron | N | DEM | | 337 | 166 | 49.26 % | 5 |

## Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|-----------|-----------|---------|-------|--------|-------------|---------------------|----------------------|-----------------|
| **PARISH: ST. MARTIN-50** | | | | | | | | |
| Councilmen -- Town of Henderson | 5 to be Elected | | | | | | | |
| Berard | Juanita Latiolais "Nita" | Y | DEM | | 1,785 | 309 | 17.31 % | |
| Meche | Jody | Y | IND | | 1,785 | 238 | 13.33 % | |
| Broussard | Judy | Y | IND | | 1,785 | 236 | 13.22 % | |
| LeGrand | William "Bill" | Y | IND | | 1,785 | 206 | 11.54 % | |
| Dupuis | Gary | N | REP | | 1,785 | 176 | 9.86 % | |
| White | Richard | N | REP | | 1,785 | 150 | 8.40 % | 26 |

## Louisiana Secretary of State
### Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH:** ST. TAMMANY-52 | | | | | | | | |
| Councilmen -- Town of Madisonville | 5 to be Elected | | | | | | | |
| Haddox | Brad | Y | REP | | 1,638 | 249 | 15.20 % | |
| Dennis | "Keith" | Y | REP | | 1,638 | 220 | 13.43 % | |
| Ogle | Louis | N | REP | | 1,638 | 220 | 13.43 % | |
| Bounds | "Tim" | Y | REP | | 1,638 | 218 | 13.31 % | |
| Faison | Kristin Glass | N | REP | | 1,638 | 216 | 13.19 % | |
| Bouey | James Dennis "Jim" | Y | REP | | 1,638 | 199 | 12.15 % | 17 |

Louisiana Secretary of State
## Races with Close Results
For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH:** TANGIPAHOA-53 | | | | | | | | |
| Aldermen -- Town of Independence | 5 to be Elected | | | | | | | |
| Suarez | Luciano "Luke" | Y | REP | | 1,318 | 236 | 17.91 % | |
| Cardaronella | Larry | Y | DEM | | 1,318 | 222 | 16.84 % | |
| Galofaro | "Joe" | Y | REP | | 1,318 | 194 | 14.72 % | |
| Costa | Eric | Y | REP | | 1,318 | 179 | 13.58 % | |
| Muscarello | Michael "Mike" | N | DEM | | 1,318 | 165 | 12.52 % | |
| Gregory | Jimmy W. | Y | NOPTY | | 1,318 | 164 | 12.44 % | 1 |
| Wess | Alex | N | DEM | | 1,318 | 158 | 11.99 % | 7 |

Case 3:26-cv-01191-TAD-KDM    Document 1-4    Filed 04/14/26    Page 47 of 47 PageID #: 106

# Louisiana Secretary of State
## Races with Close Results

For Election Date 03/23/2024 and Parish <Multiple> and Filter <Less Than or Equal To> and Vote Difference <30>

| Last Name | First Name | Incumb? | Party | Result | Total Votes | Votes For Candidate | % Votes For Candidate | Vote Difference |
|---|---|---|---|---|---|---|---|---|
| **PARISH: TERREBONNE-55** | | | | | | | | |
| RPEC Member -- District 5 | 1 to be Elected | | | | | | | |
| Giles | Gordon "Jeff" | N | REP | | 447 | 234 | 52.35 % | |
| Carmichael | Earl D. | N | REP | | 447 | 213 | 47.65 % | 21 |