# Exhibit 4

# SECRETARY OF STATE



**NANCY LANDRY**
SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125

February 24, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:    Notice of Changes to Voter Eligibility Requirements and Request for Modification to Louisiana-Specific Instructions on the National Mail Voter Registration Application Form

Dear Ms. Schletz,

On January 30, 2025, on behalf of the State of Louisiana and the chief election official, I submitted a notice of changes to voter eligibility requirements in Louisiana and a request for modification to the Louisiana-specific instructions on the National Mail Voter Registration Application Form. Our office has subsequently learned that certain available databases that will assist state election officials with assessing the eligibility of voter registration applicants require as mandatory search fields "mother's maiden surname" and "sex." Therefore, I would like to amend and supplement our January 30, 2025, request to revise the state-specific instructions and modify Options 1(A) and 1(B), as follows.

## State Specific Instructions

- **Option 1(A).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

"6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis.  If ~~the applicant~~ you do not have ~~has neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you shall also provide in box 6, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number). If you do not have a unique immigration number, you shall provide in box 6 your place of birth (State/Province, Country); sex; and if known, your mother's maiden name (last name before marriage). Neither the registrar nor the Department of State shall disclose the social security

number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

- **Option 1(B)**. Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

"6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant has~~ you do not have ~~neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ you must attach one of the following items to ~~his~~ your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your ~~the~~ name and address ~~of applicant~~. In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country); your sex; if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number); and, if known, your mother's maiden name (last name before marriage). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

The remaining information in the January 20, 2025, request remains the same, including the declarations submitted by Secretary Landry and Commissioner Hadskey, and is incorporated herein. Your prompt consideration of this request is appreciated. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel
Secretary of State Nancy Landry
Phone: (225) 362-5101
Email: jennifer.bollinger@sos.la.gov