# Exhibit 5

# SECRETARY OF STATE



**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

May 16, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:     Notice of Changes to Voter Eligibility Requirements and Request for Modification to Louisiana-Specific Instructions on the National Mail Voter Registration Application Form

Dear Ms. Schletz,

On January 30, 2025, on behalf of the State of Louisiana and the chief election official, I submitted a notice of changes to voter eligibility requirements in Louisiana and a request for modification to the Louisiana-specific instructions on the National Mail Voter Registration Application Form. On February 24, 2025, I submitted an amendment and supplement to our January 30, 2025, request, to include additional modifications to the state-specific instructions to account for the mandatory search fields required to utilize certain databases that will assist state election officials with assessing the eligibility of voter registration applicants.

Since the submission of Louisiana's request for modification to the Louisiana-specific instructions on the National Mail Voter Registration Application Form (the "Federal Form"), additional developments related to the Federal Form have occurred, including President Donald J. Trump's Executive Order entitled "Preserving and Protecting the Integrity of American Elections,"[1] and the Order granting in part and denying in part the motions for preliminary injunction in the *League of United Latin American Citizens, et al. v. Executive Office of the President, et al.* consolidated cases.[2] In light of these developments, I would like to further amend and supplement our January 30, 2025, and February 24, 2025, requests to revise the state-specific instructions to provide additional evidentiary information relevant to our request and your consideration thereof.[3] I anticipate submitting this supplemental information within the next 7-10

---

[1] Executive Order 14,248, 90 Fed. Reg. 14005 (March 25, 2025).

[2] Order (Doc. No. 103), Case No. 25-cv-00946 (U.S.D.C.) (April 24, 2025).

[3] For the avoidance of doubt, the preliminary injunction in the *LULAC* matter has no effect on our request for modifications to the Louisiana-specific instructions on the Federal Form as the Order enjoins the taking of certain

days and would request the Elections Assistance Commission to pause its review of our request until you receive our supplemental information

Thank you for your consideration of this request. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel
Secretary of State Nancy Landry
Phone: (225) 362-5101
Email: jennifer.bollinger@sos.la.gov

---

actions based on the Executive Order to modify the content of the Federal Form, and Louisiana's request is not based on the Executive Order.

2