# Exhibit 7



**U.S. ELECTION ASSISTANCE COMMISSION**
**633 3rd St. NW, Suite 200**
**Washington, DC 20001**

VIA EMAIL

September 11, 2025

Nancy Landry
Louisiana Secretary of State
P.O. Box 94125
Baton Rouge, LA 70804

Dear Secretary Landry,

This letter is in response to your office's June 25, 2025 request to the U.S. Election Assistance Commission ("EAC" or "Commission") to amend the Louisiana state-specific instructions on the National Mail Voter Registration Form (the Federal Form). The request sought two separate amendments to the Louisiana state-specific instructions. Consistent with 5 U.S.C. § 555, written notice of the EAC determination on both requests is provided below.

Background

The EAC has primary authority over the Federal Form, as confirmed and reconfirmed by case law, including the 2013 Supreme Court case *Arizona v. Inter Tribal Council of Arizona, Inc.* (*ITCA*).[1] *ITCA* held that the EAC has "validly conferred discretionary executive authority" to determine what is "necessary" for applicants to provide in the Federal Form for state election officials to assess their eligibility.[2] When novel questions of law or fact arise, the authority to interpret what is "necessary" to include on the Federal Form currently resides with the Commissioners.[3] A state may challenge the EAC's rejection of a request to amend their state-specific instructions to the Federal Form under the Administrative Procedure Act as a means of enforcing its constitutionally derived power to determine the voting qualifications of its electorate.[4]

As explained in the request to amend Louisiana's state-specific instructions, on January 1, 2025, Act 500 of the 2024 Regular Session of the Louisiana Legislature effectively amended LA. R.S. 18:104(D)(2) to require proof of United States citizenship to submit a voter registration application. On January 30, 2025, the Louisiana Secretary of State's Office Executive Counsel, Jennifer Bollinger, sent a letter to the EAC requesting an update to Louisiana's state-specific instructions to the Federal Form. The request letter asserts that Louisiana's state-specific instructions in the Federal Form need to be altered, "to include information the State of

---

[1] *Arizona v. Inter Tribal Council of Arizona, Inc.*, 570 U.S. 1 (2013).
[2] *Id.* at 19.
[3] 52 U.S.C. § 20924 (Requiring that any action of the commission needing approval of at least three commissioners.)
[4] 570 U.S. at 19.

Louisiana has deemed necessary to enable state election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with state law." Additionally, the request letter states that Louisiana's voter registration form will need to be updated to comply with Act 500, and that it would be more efficient to amend the state form after the Federal Form is amended. The request letter seeks to amend Item 6 in the Federal Form's Louisiana specific instructions. Specifically, Louisiana seeks to implement stylistic changes so that Item 6 refers to "you" instead of "the applicant." Louisiana seeks to have applicants, in addition to the identification methods already listed in Item 6, provide their "place of birth (State/Province, Country) and, if applicable, [their] unique immigration identifier (e.g., USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number)" either in the box of Item 6, or as a separate attachment to the Federal Form. The request letter was also accompanied by two sworn declarations, one by Louisiana Secretary of State Nancy Landry and another by Commissioner of Elections in the Election Division of the Louisiana Secretary of State's Office Sherri Warton Hadskey.

On February 24, 2025, the State of Louisiana amended its request. Executive Counsel Bollinger wrote that the Office "has subsequently learned that certain available databases that will assist state election officials with assessing the eligibility of voter registration applicants require as mandatory search fields 'mother's maiden surname' and 'sex.'." On May 16, 2025 Louisiana requested that the EAC pause its review. On June 25, 2025 Louisiana submitted additional information and asked that the EAC resume its review. The June 25, 2025 request maintains the same amendment request, but includes additional supporting material, including an updated declaration from Commissioner Hadskey. The June 25, 2025 request also includes a requested modification to the state-specific instructions to Box 7, "Choice of Party." The requested amendment to the state-specific instructions to Box 7 are as follows, with new text shown as underlined:

> 7. Choice of Party. If you do not list a party affiliation, you may not be able to vote in the Presidential Preference Primary, closed party primary elections, and party committee elections. Political party affiliation is not required for any other election

The request also presents two options for modification of the state-specific instructions to Box 6, "ID Number," which have been consistent since the February 24, 2025 request. The primary request for modification, identified by Louisiana as Option 1(A) is as follows:

> **Option 1(A).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

> "6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant~~ you do

2

not have ~~has neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ <u>you must</u> attach one of the following items to ~~his~~ <u>your</u> application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows <u>your</u> ~~the~~ name and address ~~of applicant~~. <u>In addition to the above information, you shall also provide in box 6, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form 1-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/1-797 Receipt Number). If you do not have a unique immigration number, you shall provide in box 6 your place of birth (State/Province, Country); sex; and if known, your mother's maiden name (last name before marriage).</u> Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18: 104 and 154; 42 U.S.C. § 405)."

The request instructs that Option 1(B) is included for consideration only in the event that it is determined that Box 6, in its current or revised format, cannot accommodate an applicant's ID number, place of birth, and unique immigration identifier, as applicable.

**Option 1(B).** Revise the current Louisiana-specific instruction number 6 as follows (deletions shown as strikethrough and new text shown as underlined):

"6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number may be provided on a voluntary basis. If ~~the applicant has~~ <u>you do not have</u> ~~neither~~ a Louisiana driver's license, a Louisiana special identification card, or a social security number, ~~the applicant shall~~ <u>you must</u> attach one of the following items to ~~his~~ <u>your</u> application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows <u>your</u> ~~the~~ name and address ~~of applicant~~. <u>In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country); your sex; if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form 1-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/1-797 Receipt Number); and, if known, your mother's maiden name (last name before marriage).</u> Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

Consistent with the EAC Standard Operating Procedure for requests to update state-specific instructions, the EAC Office of General Counsel reviewed each request to identify any potential conflicts with the National Voter Registration Act.

Revisions to Box 7

For the requested amendments to the state-specific instructions to Box 7, the EAC General Counsel review found that the requested change does not require new or additional information from the applicant. This change offers applicants more information about when choice of party denotation is necessary to vote in certain elections. As such, the EAC General Counsel found no potential conflict between the changes requested by the State of Louisiana and the NVRA. Therefore, the EAC has reviewed the request to amend the state-specific instructions and has approved the request. The EAC will send a draft of the approved changes in the state-specific instructions for review by Louisiana prior to final implementation in the Federal Form.

Revisions to Box 6

For the requested amendments to the state-specific instructions for Box 6, the EAC General Counsel found that request to change language to "you" and/or "your" does not pose a potential conflict for the purpose of the NVRA, as it does not require new or additional information from the applicant.

The EAC General Counsel found that the remainder of the requested amendment to the state-specific instructions for Box 6 does require new or additional information from the applicant. Specifically, the following language for both options is below.

**Option 1(A)**: In addition to the above information, you shall also provide in box 6, if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form 1-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/1-797 Receipt Number). If you do not have a unique immigration number, you shall provide in box 6 your place of birth (State/Province, Country); sex; and if known, your mother's maiden name (last name before marriage).

**Option 1(B)**: In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country); your sex; if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number; Form 1-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/1-797 Receipt Number); and, if known, your mother's maiden name (last name before marriage).

4

Both requested additions begin with "in addition to the information above", which requires an applicant to provide information not previously requested in order to register to vote using the Federal Form. As a result, the General Counsel determined that the Commission was required to determine if the change is necessary to assess the eligibility of the applicant and/or to administer voter registration and other parts of the election process and if Louisiana had put forth evidence of necessity. Therefore, the General Counsel referred the question to the EAC Commissioners.

In accordance with the EAC Procedures for Voting by Circulation, on August 27, 2025 EAC Chair Donald Palmer called a vote by tally ballot on the matter. Chair Palmer provided the following recommendation for consideration by the Commissioners:

> "The Commission should approve the State of Louisiana's request to modify its State-Specific Instructions on Box 6 of the Federal Form as "necessary" under Option 1(A) as presented by Louisiana. Option 1(A) requests certain information such as unique identifying numbers, if available, or, if not, the applicant's place of birth, sex, and, if known, mother's maiden surname, to assess eligibility without the applicant being required to attach documentation or appear at the election office. Option 1(A) provides the opportunity for applicants to provide necessary information to Louisiana to confirm the eligibility of applicants without any additional action by the applicant."

All documentation submitted by Louisiana was included as exhibits to the recommendation. On September 5, 2025, Chair Palmer certified the results of the tally vote matter. Commissioners Palmer and McCormick voted affirmatively, and Commissioners Hovland and Hicks disapproved. As such, the recommendation did not receive majority approval as required under the Help America Vote Act.[5] Therefore, the Commission must reject the request to amend the Louisiana state-specific instructions for Box 6 of the Federal Form as presented in Option 1(A).

As previously noted, the amendments to adjust the language to "you" and "your" may be implemented. The EAC will send a draft of the approved changes in the state-specific instructions for review by Louisiana prior to final implementation in the form. Separately, the Commission did not determine that that Box 6, in its current or revised format, cannot accommodate the request presented in Option 1(A); therefore, the Commission did not independently consider Option 1(B). As such, Louisiana may request that the Commission consider Option 1(B) independent of the Commission's disposition of Option 1(A).

Thank you for your time and attention to this matter.

Sincerely,

*Brianna Schletz*

Brianna Schletz
EAC Executive Director

---

[5] 52 U.S.C. § 20924 (Requiring that any action of the commission needing approval of at least three commissioners.)

5