# Exhibit 8

# SECRETARY OF STATE

**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

September 26, 2025

Ms. Brianna Schletz                                              **Via email and US Mail**
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:     Request for Modification to Louisiana-Specific Instructions on the National Mail Voter
Registration Application Form

Dear Ms. Schletz,

I am in receipt of your letter dated September 11, 2025, responding to the request, on behalf of the State of Louisiana and the chief election official, to amend the Louisiana state-specific instructions on the National Mail Voter Registration Form (the "Federal Form"). In the letter, you informed us that the Election Assistance Commission ("EAC" or "Commission") "reject[ed] the request to amend the Louisiana state-specific instructions for Box 6 of the Federal Form as presented in Option 1(A)."[1] You further informed us that the "Commission did not determine that Box 6, in its current or revised format, cannot accommodate the request presented in Option 1(A); therefore, the Commission did not independently consider Option 1(B). As such, Louisiana may request that the Commission consider Option 1(B) independent of the Commission's disposition of Option 1(A)."

The EAC's decision regarding Option 1(A) is a final agency action as to Option 1(A). Because the EAC did not consider the alternative modification option, Louisiana hereby requests that the EAC consider Option 1(B) independent of the EAC's disposition of Option 1(A). The requested revision is as follows (deletions shown as strikethrough and new text shown as underlined):

> "6.ID Number. You must provide your Louisiana driver's license number or Louisiana special identification card number, if issued. If not issued, you must provide at least the last four digits of your social security number, if issued. The full social security number

---

[1] The September 11, 2025, letter also states that the EAC approved an unrelated amendment to Louisiana state-specific instructions to Box 7. The EAC also approved stylistic amendments to Box 6, changing references to "the applicant" with "you" or "your".

may be provided on a voluntary basis. If you do not have a Louisiana driver's license, a Louisiana special identification card, or a social security number, you must attach one of the following items to your application: (a) a copy of a current and valid photo identification; or (b) a copy of a current utility bill, bank statement, government check, paycheck, or other government document that shows your name and address. In addition to the above information, you must also attach a separate document that legibly states your place of birth (State/Province, Country); your sex; if applicable, your unique immigration identifier (e.g. USCIS/Alien Registration Number); Form I-94, Arrival/Departure Record, number; Student and Exchange Visitor Information System (SEVIS) ID number; Naturalization/Citizenship Certificate Number; or Card Number/I-797 Receipt Number); and if known, your mother's maiden name (last name before marriage). Neither the registrar nor the Department of State shall disclose the social security number of a registered voter or circulate the social security numbers of registered voters on commercial lists (R.S. 18:104 and 154; 42 U.S.C. § 405)."

The Federal Form needs to be altered to include the above information the State of Louisiana has deemed necessary to enable state election officials to assess the eligibility of voter registration applicants, administer voter registration and other parts of the election process, and comply with state law. For additional context and explanation of these proposed revisions, I have attached Louisiana's June 25, 2025, letter with its two declarations to this correspondence.

Your prompt consideration of this request is appreciated. I am available to answer any questions that may come up during your or the Commissioners' review of this request. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel
Secretary of State Nancy Landry
Phone: (225) 362-5101
Email: jennifer.bollinger@sos.la.gov