# Exhibit 9

# SECRETARY OF STATE

**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

November 10, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:    Request for Modification to Louisiana-Specific Instructions on the National Mail Voter
Registration Application Form

Dear Ms. Schletz,

On September 26, 2025, the State of Louisiana submitted a request for modification to the Louisiana state-specific instructions on the National Mail Voter Registration Form (the "Federal Form"). On behalf of the Louisiana Department of State ("Department") and the chief election official, the Department respectfully requests a pause on the Election Assistance Commission's ("EAC") consideration of that issue until further notice. Supplemental information is now available which is pertinent to this request, and the Department will shortly be submitting that information to the EAC for consideration.

Your pause on consideration of this request is appreciated. I am available to answer any questions that may come up during your or the Commissioners' review of this request. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel
Secretary of State Nancy Landry
Phone: (225) 362-5101
Email: jennifer.bollinger@sos.la.gov