# Exhibit 10

# SECRETARY OF STATE



**NANCY LANDRY**
SECRETARY OF STATE

P.O. BOX 94125
BATON ROUGE, LA 70804-9125

November 20, 2025

Ms. Brianna Schletz
Executive Director
U.S. Election Assistance Commission
633 3rd St. NW, Suite 200
Washington, DC 20001

Re:    Request for Modification to Louisiana-Specific Instructions on the National Mail Voter
       Registration Application Form

Dear Ms. Schletz,

On January 30, 2025, on behalf of the State of Louisiana and the chief election official, we submitted a notice of changes to voter eligibility requirements in Louisiana and a request for modification to the Louisiana-specific instructions on the National Mail Voter Registration Application Form ("Federal Form"). Subsequent correspondence was submitted to the Election Assistance Commission ("EAC"), including a final amended request on June 25, 2025, with additional supporting material and a requested modification to the state-specific instructions to Box 7, "Choice of Party." On September 11, 2025, we received the EAC's decision to (i) approve the request to amend the state-specific instructions to Box 7; (ii) approve of the modifications to adjust the language to "you" and "your" in the state-specific instructions for Box 6; (iii) reject the request to amend the Louisiana state-specific instructions for Box 6 of the Federal Form as presented in Option 1(A); and (iv) take no action on independent consideration of the amendments to the state-specific instructions presented in Option 1(B).

On September 26, 2025, we requested that the EAC consider Option 1(B) independent of the EAC's disposition of Option 1(A). This was important because Option 1(B) requests the same amendments as Option 1(A), with the only difference being that Option 1(B) would require the applicant to attach the requested information to the Federal Form instead of writing the information in Box 6. To simplify the State's pathway for implementation of Act 500, it is important for the State to have an EAC decision on both Options. On November 10, 2025, the Louisiana Department of State ("Department") requested that the EAC pause consideration of Option 1(B) pending submission of supplemental information by the Department.

In May 2025, the Department was the first state to access the newly updated SAVE data, administered by the U.S. Citizenship and Immigration Services (USCIS). SAVE provides immigration status information to authorized User Agencies (here the Louisiana Secretary of State) enabling the Department to verify registered voters on state registration lists against the citizenship and immigration status information contained in SAVE. Since receiving this data in May, the

Department's Election Integrity Division has conducted a thorough investigation, in coordination with federal partners, which is ongoing. However, at this point of the investigation, we are able to provide this information publicly for your consideration.

Attached hereto is a Memorandum from the Department's Election Integrity Division regarding a recent determination regarding non-citizens who, as of May 2025, were on Louisiana's voter roll, the number of those non-citizens who voted in a Louisiana election, and the total number of votes cast by those non-citizens. This report contains information related to current registrants and their voting history as of May 2025 and does not include historical data regarding voting history of any previously cancelled registrants. The Department submits this supplemental information for the EAC's consideration to demonstrate the necessity for changes to both the state and federal form. The results outlined in this report, combined with the previous information submitted to the EAC, including the number of state and local elections in Louisiana that have been decided by very narrow margins, justify modification to the state-specific instructions as necessary to enable the State election official to assess the eligibility of the applicant and to administer voter registration and other parts of the election process.

Given this additional and new information, the Department requests that the EAC reconsider its decision to reject the request to amend the Louisiana state-specific instructions for Box 6 of the Federal Form as presented in Option 1(A). We also request that the EAC consider this new information in making its decision on the request to amend the Louisiana state-specific instructions for Box 6 of the Federal Form as presented in Option 1(B). Finally, we respectfully request that your final decision include a determination as to both Options. In addition to the supplemental information provided herein, the Department's previous correspondence to the EAC, including the June 25, 2025, letter and two declarations attached thereto should be entered into the record for this matter.

Your prompt consideration of this request is appreciated. I am available to answer any questions that may come up during your or the Commission's review of this request. Please contact me if you have any questions.

Sincerely,

Jennifer Bollinger
Executive Counsel
Secretary of State Nancy Landry
Phone: (225) 362-5101
Email: jennifer.bollinger@sos.la.gov

2

## SECRETARY OF STATE
### STATE OF LOUISIANA

NANCY LANDRY
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125
225.922.2880

---

### MEMORANDUM

---

**DATE:**    **November 20, 2025**

**TO:**    **Catherine Newsome, First Assistant Secretary of State**

**FROM:**    **Grant Miller, Director of Election Integrity Division**

**RE:**    **Information on Non-Citizens and Voter Rolls**

In May of 2025, a comparison of the current Louisiana registered voters list with the federal SAVE data returned names of potential non-citizens. The Election Integrity Division determined that of that list of names, **403** non-citizens were on Louisiana's voter rolls.  This report provides a snapshot of the data as of May of 2025, which includes only current registrants and their voting history.

After investigation and verification, all **403** individuals were challenged under Louisiana Revised Statute R.S. 18:193G and afforded an opportunity to present documentation confirming citizenship. None of the **403** individuals challenged provided valid citizenship documentation and all were canceled from the voter rolls.

Of those **403** non-citizens on Louisiana's voter rolls, it was further determined that **83** had voted in a Louisiana election and the remaining **320** had registered but never voted. Of the **83** non-citizens who voted, the number of votes is distributed as follows:

a.  Voted one time = 31
b.  Voted two times = 9
c.  Voted three times = 11
d.  Voted four times = 9
e.  Voted five times = 4
f.  Voted six times = 2
g.  Voted seven times = 1
h.  Voted eight times = 1
i.  Voted nine times = 1
j.  Voted ten or more times = 14

The **83** individuals cast a total of **440** votes throughout their voting history. Since January 1, 2020, these individuals have accounted for **130** illegal votes cast.

For the purposes of prosecution, of the **403** non-citizens who were registered and/or voted, the statute of limitations has run for **163** leaving the possibility for prosecution of **240** individuals.

Of the **83** who voted, **52** remain eligible for prosecution due to having voted within the past five years.

Of the **320** who only registered, **188** remain eligible for prosecution. The breakdown of how those 188 individuals registered is as follows:

a.  In Person = 9
b.  Public Assistance = 17
c.  OMV = 80
d.  Mail-In = 38
e.  Optional = 7
f.  Disability = 2
g.  Electronically = 35