UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

STATE OF LOUISIANA ET AL                    CASE NO.  3:26-CV-01191

VERSUS                                      JUDGE TERRY A. DOUGHTY

U S ELECTION ASSISTANCE COMMISSION ET AL   MAG. JUDGE KAYLA D. MCCLUSKY

**NOTICE OF MOTION SETTING WITHOUT DATE**

The **Motion to Intervene (Document No. 3)** filed by  League of Women Voters of Louisiana, League of Women Voters of Louisiana Education Fund, Voice of the Experienced, Power Coalition for Equity and the **Motion to Intervene (Document No. 4)** filed by Justice, Louisiana State Conference of the NAACP, League of Women Voters of the United States, League of Women Voters Education Fund and [4] National Council of Jewish Women, Greater New Orleans Chapter  on April 17, 2026 has been referred to Honorable Kayla D. McClusky.

**Deadlines**

Any response to said motion is due May 11, 2026**.**  The movant may file a reply, without leave of court, within seven **(7) days** after the response is filed.  LR7.8 governs the length of briefs.  Any party filing no brief will be deemed not to oppose the motion.  At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration; a written ruling or recommendation will issue in due course.

**No Oral Argument**

It is the policy of the Court to decide motions on the basis of the record **WITHOUT ORAL ARGUMENT.** Accordingly, responses and briefs should fully address all pertinent issues.  Should the Court feel oral argument is necessary, all parties will be notified.

**Courtesy Copies**

An electronic copy of the motion and all memoranda only (no attachments) shall be e-mailed in WordPerfect or Word Format **DIRECTLY** to:

mcclusky_motions@lawd.uscourts.gov

If attachments to the motion or response exceed 15 pages, paper copies of the attachments shall be provided to chambers:

> Hon. Kayla D. McClusky
> United States Magistrate Judge
> 201 Jackson Street, Suite 307
> Monroe, Louisiana 71201

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in this motion, the moving party should immediately notify chambers at (318) 654-6510.

**DATE OF NOTICE: April 20, 2026**

> Daniel J. McCoy
> Clerk of Court