**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

STATE OF LOUISIANA, et. al                     CIVIL ACTION NO. 3:26-cv-1191

VERSUS                                          CHIEF JUDGE DOUGHTY

U.S. ELECTION ACTION ASSISTANCE                MAGISTRATE JUDGE
COMMISSION, et al.                              KAYLA MCCLUSKEY

**PLAINTIFFS' MOTION TO SUSPEND**
**RESPONSE DEADLINE**

Plaintiffs, the State of Louisiana, by and through its Attorney General, Liz Murrill, and Nancy Landry, Louisiana Secretary of State ("Plaintiffs"), respectfully request that the Court suspend their deadline to respond to the pending Motions to Intervene filed by League of Women Voters of Louisiana, League of Women Voters of Louisiana Education Fund, Voice of the Experienced, and Power Coalition for Equity (ECF No. 3) and by Justice, Louisiana State Conference of the NAACP, League of Women Voters of the United States, League of Women Voters Education Fund and National Council of Jewish Women, Greater New Orleans Chapter (ECF No. 4), as well as any future Motion to Intervene filed in this docket. Plaintiffs respectfully propose that the deadline should be suspended until Plaintiffs' deadline for responding to any responsive pleading filed by Defendants.

Pursuant to the Notice of Motion Setting (ECF No. 5), Plaintiffs' response to the intervention motions is currently due May 11, 2026. However, counsel for Defendants has yet to appear in this matter or file any answer or similar responsive pleading. As a result, neither Plaintiffs nor the Court can properly assess Defendants' position in this suit or whether any putative Intervenor's interests are adequately represented by Defendants. Suspending Plaintiffs' response deadline until Defendants file a responsive pleading, by contrast, would disclose this key information, thereby allowing Plaintiffs to submit a tailored intervention response and allowing the Court to fully assess the issues.

For these reasons, Plaintiffs respectfully request that the Court suspend their response deadline for the pending (and any future) intervention motions until Plaintiffs' deadline to respond to a responsive pleading filed by Defendants.

Dated: April 27, 2026

Respectfully submitted,

/s/ Samuel W. Plauché IV
SAMUEL W. PLAUCHÉ IV (La #20444)
MEGAN TERRELL (La #29433)
HARRY VORHOFF (La #35365)
PLAUCHÉ & CARR
1110 River Rd S. Suite 200
Baton Rouge, LA 70802
Telephone:  (225) 256-4028
Facsimile:   (206) 588-4255
Billy@plauchecarr.com
Megan@plauchecarr.com
Harry@plauchecarr.com

Counsel for Plaintiff Nancy Landry

 /s/ Caitlin Huettemann
CAITLIN HUETTEMANN (La #40402)
  Assistant Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 421-4088
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,


_/s/ Caitlin Huettemann_
CAITLIN HUETTEMANN (La #40402)
  _Assistant Solicitor General_
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 421-4088
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

_Counsel for Plaintiffs_