**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  3:26-CV-01191** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U S ELECTION ASSISTANCE COMMISSION ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Pending before the Court is an opposed Motion to Suspend Response Deadline [Doc. No. 14] filed by Plaintiffs, the State of Louisiana, by and through its Attorney General, Liz Murrill, and Nancy Landry, Louisiana Secretary of State (collectively, "Louisiana"), in regards to the pending Motions to Intervene [Doc. Nos. 3, 4] filed by League of Women Voters of Louisiana, League of Women Voters of Louisiana Education Fund, Voice of the Experienced, National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity and Justice, League of Women Voters of the United States, and the League of Women Voters Education Fund [Doc. No. 3] and by the National Council of Jewish Women, Greater New Orleans Chapter [Doc. No. 4] (collectively, "Movants").

Louisiana asks for a suspension of deadlines for responding to Movants' Motions to Intervene, and any future motions to intervene, until after response pleadings have been filed.[1]

---

[1] [Doc. No. 14, p. 2].

**IT IS ORDERED** that Louisiana's Motion to Suspend [Doc. No. 14] is **GRANTED**, and Louisiana's deadline to respond to Movants' Motions to Intervene [Doc. Nos. 3, 4], and any future motions to intervene, is suspended until Defendants have filed responsive pleadings to Louisiana's Complaint [Doc. No. 1].

MONROE, LOUISIANA, this 30th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE