**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| **THE STATE OF LOUISIANA**, by and through its Attorney General, **LIZ MURRILL**; and **NANCY LANDRY**, Louisiana Secretary of State, *Plaintiffs*, v. **THE UNITED STATES ELECTION ASSISTANCE COMMISSION**; and **BRIANNA SCHLETZ**, in her official capacity as the Executive Director of the United States Election Assistance Commission, *Defendants*. | Civil Action No. 3:26-cv-01191 |

**PUBLIC INTEREST LEGAL FOUNDATION'S
<u>MOTION FOR LEAVE TO INTERVENE</u>**

Pursuant to Federal Rule of Civil Procedure 24, Public Interest Legal Foundation ("Foundation") respectfully moves to intervene as a matter of right and permissively in the above-captioned action as a plaintiff. The grounds for this motion are provided in the accompanying memorandum of law.

Pursuant to Local Rule 7.6, the Foundation solicited the existing parties' positions on this motion. Plaintiffs oppose this motion. Defendants stated that they will provide their position after the Foundation's motion is filed.

Dated: May 4, 2026.

[continued on the following page]

1

Respectfully submitted,

/s/ *Mark G. Montiel, Jr.*
MARK G. MONTIEL, JR. (#36122)
**MONTIEL HODGE, LLC**
400 Poydras Street, Suite 2325
New Orleans, Louisiana 70130
Telephone: (504) 323-5885
Facsimile: (504) 308-0511
mmontiel@montielhodge.com

/s/ *Noel H. Johnson*
Noel H. Johnson*
    *Lead Attorney*
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street, Suite 700
Alexandria, VA 22314
Tel: (703) 745 5870
njohnson@PublicInterestLegal.org
* *Pro Hac Vice application forthcoming*
*Attorneys for Plaintiff Public Interest Legal*
*Foundation*

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 4th day of May 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which gives notice of filing to all counsel of record.

/s/ *Mark G. Montiel, Jr.*
**MARK G. MONTIEL, JR.**

2