UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

|  |  |
|---|---|
| **THE STATE OF LOUISIANA**, by and through its Attorney General, **LIZ MURRILL**; and **NANCY LANDRY**, Louisiana Secretary of State,<br><br>*Plaintiffs*,<br><br>   *v.*<br><br>**THE UNITED STATES ELECTION ASSISTANCE COMMISSION**; and **BRIANNA SCHLETZ**, in her official capacity as the Executive Director of the United States Election Assistance Commission,<br><br>*Defendants*. | Civil Action No. 3:26-cv-01191 |

**ORDER**

Considering the foregoing *Motion for Leave to Intervene:*

**IT IS HEREBY ORDERED** that Intervenor, Public Interest Legal Foundation's Motion

for Leave is granted.

**DONE**, this _____ day of _____, 2026.


_____
JUDGE