**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STATE OF LOUISIANA ET AL**                          **CASE NO.   3:26-CV-01191**

**VERSUS**                                                           **JUDGE TERRY A. DOUGHTY**

**U S ELECTION ASSISTANCE**                         **MAG. JUDGE KAYLA D. MCCLUSKY**
**COMMISSION ET AL**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Appear Pro Hac Vice filed on June 23, 2026 by League of Women Voters Education Fund was DEFICIENT for the following reason(s):

   ✓      The above item requires a current certificate of good standing. Please refer to LR83.2.6 for more specific requirements.

**Within three (3) days** of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.