**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| STATE OF LOUISIANA, et al. | |
| *Plaintiffs*, | |
| v. | Case No. 3:26-cv-01191-TAD-KDM |
| U.S. ELECTION ASSISTANCE COMMISSION, et al. | |
| *Defendants*. | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants respectfully move the Court for a thirty (30) day extension of time, through August 16, 2026, to file their answer or other response to Plaintiff's Complaint. As good cause for this request, which Plaintiffs do not oppose, Defendants offer the following:

1.      Pursuant to this Court's prior Order, ECF No. 29, Defendant's answer or other response to the Complaint is presently due on July 16, 2026.

2.      Due to the press of other significant and time-sensitive litigation deadlines (some of which did not exist at the time of the previous scheduling order), Defendants respectfully request an additional (30) day extension until August 16, 2026.  The additional time is necessary to prepare an adequate response to Plaintiffs' complaint in this matter.

3.      In addition, on June 29, 2026, the Supreme Court granted a writ of *certiorari* in *Republican National Committee v. Mi Familia Vota, et al.*, 2016 WL 1885101 (2026), a case that raises issues that could prove relevant to this litigation.  The additional extension of time is thus also necessary to allow Defendants to consider the significance and impact (if any) of that action on future proceedings in this case.

4.      This is the second extension of time Defendants that have requested in this case.

5.      Counsel for Plaintiffs do not oppose the relief requested in this motion.

6.      For these reasons, Defendants respectfully request that this Court grant this motion and enter the proposed Order.

Dated:  July 9, 2026                          Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              STEPHEN M. PEZZI
                                              Chief Litigation Counsel
                                              Federal Programs Branch

                                              */s/ Patrick K. Keating*
                                              PATRICK K. KEATING (MD Bar No.
                                              2211140001)
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, N.W.
                                              Washington, DC 20005
                                              (202) 598-0256
                                              patrick.k.keating@usdoj.gov

                                              *Counsel for Defendants*

## CERTIFICATE

In accordance with Local Rule 7.9, I hereby certify there is no opposition to this request.

                                              /s/Patrick Keating
                                              Patrick Keating

2