**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ELECTION ASSISTANCE COMMISSION, et al.,<br><br>*Defendants*. | Case No. 3:26-cv-01191-TAD-KDM |

# ANSWER

Defendants United States Election Assistance Commission ("EAC") and Brianna Schletz, in her official capacity as the Executive Director of the EAC ("Defendants") answer the complaint, ECF No. 1, in like-numbered paragraphs as follows. Defendants deny all allegations not specifically admitted. Section headings are included for convenience only and do not constitute admissions.

1. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

2. This paragraph consists of conclusions of law, rather than allegations of fact, to which no response is required. To the extent a response is deemed required, denied.

3. This paragraph contains Plaintiffs' characterization of their lawsuit to which no response is required. To the extent an answer is deemed required, Defendants deny that Plaintiffs' constitutional, statutory, or other rights were violated and Defendants further deny that Plaintiff is entitled to the relief requested or any relief.

## JURISDICTION AND VENUE

4. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

5. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

6. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

## PARTIES

7. Admitted that "Plaintiff State of Louisiana is a sovereign state of the United States of America." Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations about Louisiana government officials. The remaining allegations in this paragraph consist of legal conclusions to which no response is required.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations about Louisiana government officials. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

9. The first sentence of this paragraph is admitted. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

10. Admitted.

## FACTUAL BACKGROUND

11. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

12. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

13. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

14. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

15. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

16. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

17. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

18. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

19. The allegations in the first sentence consist of conclusions of law, rather than allegations of fact, to which no response is required. The remaining factual allegations in this paragraph are admitted.

20. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

21. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

22. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

## LOUISIANA'S VOTER REGISTRATION LAWS

23. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

24. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

25. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph as to whether "non-citizens have improperly registered to vote in Louisiana and have unlawfully voted in State or Federal Elections in Louisiana." The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

26. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

27. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first and second sentences of this paragraph. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

28. Admitted that Exhibit 3 is a letter dated January 30, 2025 submitted to the EAC. Defendants refer to Exhibit 3 for a full and accurate statement of its contents.

29. Admitted that Exhibit 3 is a letter dated January 30, 2025 submitted to the EAC. Defendants refer to Exhibit 3 for a full and accurate statement of its contents.

30. Admitted that Exhibit 4 is a letter dated February 24, 2025 submitted to the EAC. Defendants refer to Exhibit 4 for a full and accurate statement of its contents.

31. Admitted that Exhibit 5 is a letter dated May 16, 2025 submitted to the EAC. Defendants refer to Exhibit 5 for a full and accurate statement of its contents.

32. Admitted that Exhibit 6 is a letter dated June 25, 2025 submitted to the EAC. Defendants refer to Exhibit 6 for a full and accurate statement of its contents.

33. Admitted that Exhibit 6 is a letter dated June 25, 2025 submitted to the EAC. Defendants refer to Exhibit 6 for a full and accurate statement of its contents.

34. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

35. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

36. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

37. Admitted that Exhibit 6 is a letter dated June 25, 2025 submitted to the EAC. Defendants refer to Exhibit 6 for a full and accurate statement of its contents.

38. Admitted that Exhibit 7 is a letter dated September 11, 2025 sent from the EAC. Defendants refer to Exhibit 7 for a full and accurate statement of its contents.

39. Admitted.

40. Admitted that Exhibit 7 is a letter dated September 11, 2025 sent from EAC. Defendants refer to Exhibit 7 for a full and accurate statement of its contents. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

41. Admitted.

42. Admitted.

43. Admitted that Exhibit 8 is a letter dated September 26, 2025 submitted to the EAC. Defendants refer to Exhibit 8 for a full and accurate statement of its contents.

44. Admitted that Exhibit 9 is a letter dated November 10, 2025 submitted to the EAC. Defendants refer to Exhibit 9 for a full and accurate statement of its contents.

45. Admitted that Exhibit 10 is a letter dated November 20, 2025 submitted to the EAC. Defendants refer to Exhibit 10 for a full and accurate statement of its contents.

46. Admitted that Exhibit 10 is a letter dated November 20, 2025 submitted to the EAC. Defendants refer to Exhibit 10 for a full and accurate statement of its contents.

47. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

48. Admitted that Exhibit 11 is a letter dated January 16, 2026 generated by the EAC. Defendants refer to Exhibit 11 for a full and accurate statement of its contents.

49. Admitted that Exhibit 11 is a letter dated January 16, 2026 generated by the EAC. Defendants refer to Exhibit 11 for a full and accurate statement of its contents.

50. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

## CLAIMS FOR RELIEF

### COUNT ONE

51. The preceding answers are repeated and reasserted as if fully set forth herein.

52. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

53. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

54. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

55. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

56. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

57. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

58. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

59. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

60. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

61. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

62. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

63. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

**COUNT TWO**

64. The preceding answers are repeated and reasserted as if fully set forth herein.

65. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

66. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

67. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

68. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

69. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

70. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

71. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

72. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

73. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

74. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

75. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

76. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

**COUNT THREE**

77. The preceding answers are repeated and reasserted as if fully set forth herein.

78. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

79. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

80. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

81. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

82. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

83. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

84. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

**COUNT FOUR**

85. The preceding answers are repeated and asserted as if fully set forth herein.

86. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

87. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

88. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

89. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

90. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

91. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

## PRAYER FOR RELIEF

The remainder of Plaintiff's complaint contains a prayer for relief, to which no response is required. To the extent a response is deemed required, denied that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

### First Defense

Plaintiffs' complaint should be dismissed, or the action transferred, because this Court is an improper venue for this action under Federal Rule of Civil Procedure 12(b)(3).

### Second Defense

Defendants reserve the right to raise any affirmative defense—including, but not limited to, those expressly found in Federal Rule of Civil Procedure 8(c)—that may be supported by the administrative record.

* * *

WHEREFORE, Defendants, having fully answered the factual allegations of the complaint, request that this Court dismiss Plaintiffs' complaint with prejudice or enter judgment in Defendants' favor and request such further relief as the Court deems appropriate.

DATE: August 17, 2026 Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. PEZZI
Chief Litigation Counsel
Federal Programs Branch

/s/ *Patrick K. Keating*
PATRICK K. KEATING (MD Bar No. 2211140001)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 598-0256
Email: Patrick.k.keating@usdoj.gov

*Counsel for Defendants*