**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL; and NANCY LANDRY, Louisiana Secretary of State,

*Plaintiffs*,

v.

THE UNITED STATES ELECTION ASSISTANCE COMMISSION; and BRIANNA SCHLETZ, in her official capacity as the Executive Director of the United States Election Assistance Commission,

*Defendants*.

Case No. 3:26-cv-01191-TAD-KDM

(Hon. Terry A. Doughty)

**NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER'S MOTION FOR LEAVE TO FILE [PROPOSED] MOTION TO DISMISS**

Proposed Intervenor the National Council of Jewish Women, Greater New Orleans Chapter ("NCJW") moves for leave to file its Proposed Motion to Dismiss, attached hereto as **Exhibit 1**. In support of its Motion, NCJW states as follows:

1. The State of Louisiana ("Louisiana") filed this lawsuit on April 14, 2026, challenging the United States Election Assistance Commission's ("EAC") decision to reject its request to amend the Louisiana state-specific instructions on the Federal Form for voter registration to add a documentary proof-of-citizenship requirement. *See* ECF No. 1.

2. NCJW moved to intervene on April 17, 2026. *See* ECF No. 4. NCJW seeks to protect its interest in continuing to engage in voter registration drives without encountering additional barriers, as well as the interests of its members who may be precluded from registering to vote should they be required to provide information that they do not know or do not possess. *Id.*

3. In its Motion to Intervene, NCJW indicated that it would request leave to move to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b) in the event it is granted intervention.

4. The EAC's deadline to respond to Louisiana's Complaint is August 17, 2026.

5. Because the Court has not yet ruled on its Motion to Intervene, and to preserve its rights and avoid delay, NCJW files this motion for leave to file its Proposed Motion to Dismiss.

6. Counsel for NCJW requested the position of counsel for Louisiana and counsel for the EAC on this Motion for Leave via email. Plaintiffs oppose this motion. Defendants expressed that they "take no position."

7. The foregoing establishes good cause to grant this Motion, which NCJW respectfully submits will aid the Court in the expeditious resolution of this case.

Respectfully submitted this 17th day of August, 2026.

*s/ William Most*

William Most
**Most & Associates LLP**
201 St. Charles Ave, Suite 2500
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*s/ David R. Fox*

David R. Fox*
Katie Chamblee-Ryan*
James J. Pinchak*
Tori A. Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 948-1135
dfox@elias.law
kchambleeryan@elias.law
jpinchak@elias.law
tshaw@elias.law

* Admitted *Pro hac vice*

*Counsel for Proposed Intervenor the National Council of Jewish Women – Greater New Orleans Chapter*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

*s/ William Most*
Counsel for Proposed Intervenor the National Council of Jewish Women – Greater New Orleans Chapter