**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL; and NANCY LANDRY, Louisiana Secretary of State,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES ELECTION ASSISTANCE COMMISSION; and BRIANNA SCHLETZ, in her official capacity as the Executive Director of the United States Election Assistance Commission,<br><br>*Defendants*. | Case No. 3:26-cv-01191-TAD-KDM<br><br>(Hon. Terry A. Doughty) |

**NATIONAL COUNCIL OF JEWISH WOMEN, GREATER NEW ORLEANS CHAPTER'S [PROPOSED] MOTION TO DISMISS**

Proposed Intervenor the National Council of Jewish Women, Greater New Orleans Chapter ("NCJW") moves to dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6). For the reasons discussed in the supporting memorandum filed alongside this Motion, Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

**WHEREFORE**, NCJW requests that the Court dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted this 17th day of August, 2026.

*s/ William Most*

William Most
**Most & Associates LLP**
201 St. Charles Ave, Suite 2500
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com

*s/ David R. Fox*

David R. Fox*
Katie Chamblee-Ryan*
James J. Pinchak*
Tori A. Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
(202) 948-1135
dfox@elias.law
kchambleeryan@elias.law
jpinchak@elias.law
tshaw@elias.law

* Admitted *Pro hac vice*

*Counsel for Proposed Intervenor the National Council of Jewish Women – Greater New Orleans Chapter*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that service will be provided through the CM/ECF system.

*s/ William Most*
Counsel for Proposed Intervenor the National Council of Jewish Women – Greater New Orleans Chapter